David L. Woodward 55044
Name

L.C.F. P.O. Box 2

Lansing, KS 66043
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

David L. Woodward, Plaintiff
(Full Name)

V.

Jeff Zmuda, Jesse Howes, Defendant(s)
J. Crouse, Unit Teams & Staff et. al.

CASE NO. 25-3110-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) David L. Woodward, is a citizen of Kansas
   (Plaintiff)                              (State)

   who presently resides at Lansing Corr. Fac. P.O. Box 2,
                            (Mailing address or place
   Lansing, KS 66043.
   of confinement.)

2) Defendant Jeff Zmuda is a citizen of
            (Name of first defendant)

   Topeka, KS    714 SW Jackson, and is employed as
   (City, State)

   Secretary of Kansas Dept. of Corrections. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   All sanctions, Constitutional violations, abuses listed
   in the complaints were imposed by personal and official acts
   by this defendant in conjunction with the other defendants, as
   their superior. Refused to respond to protests of censorship
   notices.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                                    1

4) Defendant: J Crouse, is a citizen of 301 E. Kansas, Lansing, KS and is employed as a Mail Room official at the Lansing Correctional Facility. At the time the claims alleged in this complaint arose, this defendant was acting under color of state law. To wit: In his official and personal capacity, in conjunction with the other defendants, did then and there withhold delivery of publications to plaintiff and without prior notification censor and stop outgoing mail to plaintiff's family.

5) Defendant: Leslie West is a citizen of 301 E Kansas, Lansing KS, and is employed as an I.S.A. official at the Lansing Correctional Facility. At the time the claims alleged in this complaint arose, this defendant was acting under color of state law. To wit: In his official and personal capacity, in conjunction with the other defendants, did then and there issue a Disciplinary Report to punish this plaintiff from exercising his rights under the 1st amendment, U.S. Constitution, amend. 1, for freedom of expression in writing fictional stories. He falsely charged I possessed sexually explicit material contained in these stories

6) Defendants: Unit Team Manager Keon, Unit Team Supervisor Speer and Unit Team Member Cleaver, plus other unnamed officials and staff, all citizens of 301 E Kansas, Lansing KS and employed by Lansing Corr. Fac. At the time the claims alleged in this complaint arose, these defendants were acting under color of state law. To wit: In their official and personal capacities, did then and there,

1a

in conjunction with the other defendants, deprived me of my personal property upon request and the commissary items contained therein, which were previously paid for and in which I have a vested interest in. In addition, I was not provided basic bedding, i.e. sheets, blanket and pillow, clean clothing and cleaning supplies from April 1, 2025 until May 28, 2025. Since acquiring a wheel chair in approximately 2024, due to being a fall risk at 82 years of age, I have never been assigned a handicap accessible cell. That these and other staff at Lansing Corr. Fac. have contributed to elder abuse, ADA violations, mistreatment of a confined person and cruel and unusual punishment.

7) Defendant: Lt. Jewel is a citizen of 301 E. Kansas Ave., Lansing, KS, and is employed by the Lansing Correctional Facility. At the time the claims alleged in this complaint arose, this defendant was acting under color of state law. To wit: In his personal and official capacity did join in the issuance of a Disciplinary Report issued by DSA Leslie West, falsely charging Plaintiff with possessing sexually explicit materials. He did so by approving said report which resulted in punishment.

8) Defendants: Deputy Warden Ball, Deputy Warden Reese and Deputy Warden Skidmore are citizens of 301 E. Kansas Ave., Lansing, KS and are employed by the

1b

Lansing Correctional Facility. At the time the claims alleged in this complaint arose, these Defendants were acting under color of state law. To wit: According to Unit Team Supervisor Speer, these defendants, in conjunction with Warden Howes and the Compact Administrator, did join in the authorizing the permanent denial of all publications, magazines and periodicals (religious materials) being delivered to me.

9) Defendant: CMII Compact Administrator (believed to be Wildermuth) is a citizen of 301 E. Kansas Ave, Lansing KS, and is employed by the Lansing Correctional Facility. At the time the claims alleged in this complaint arose, this defendant was acting under color of state law. To wit: According to Unit Team Supervisor Speer, this defendant, in conjunction with Warden Howes and the deputy wardens, in his/her personal and official capacity did authorize the permanent suspension of delivery of all publications to Plaintiff.

10) Defendant: Officer Snodgrass is a citizen of 301 E. Kansas, Lansing, KS, and is employed as a hearing officer for disciplinary reports at the Lansing Corr. Fac. At the time the claims alleged in this complaint arose, this defendant was acting under color of state law. To wit: In his personal and official capacity did deny plaintiff's request to dismiss the disciplinary

report, the subject of Count 3 in this complaint. The request was in the form of a written motion to dismiss based on the reasoning in the Memorandum In Support of Count Three and the written statement of David Woodward 55044. The defendant found plaintiff guilty of the Class I offense of possessing sexually explicit materials and sentenced plaintiff to 60 days restriction plus 10 days disciplinary segregation.

Id.

3) Defendant __Jesse Howes, in absentia__ is a citizen of
   (Name of second defendant)

__Lansing, KS    301 E. Kansas Ave__, and ~~is~~ was employed as
(City, state)

__Warden, Lansing Correctional Facility__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

All sanctions, Constitutional violations and abuses listed in the complaints were at the direct command or in knowledge of this defendant in his personal and official capacity in conjunction with other defendants

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

also the First Amendment to the United States Constitution and all applicable elder abuse and handicap federal statutes.

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

Effective on April 1st, 2025, all publications, magazines, religious material such as Bible studies, etc. were stopped being delivered to me. This includes i.e. TV Guide, TV Weekly, US Weekly, People, Town & Country, ELLE, Harper's Bazaar, ReMIND, Cosmopolitan, Amazing Facts (religious) and Discover (religious). In addition, I was subjected to inhumane treatment, when I sought protection from attack, extortion and theft by inmate gangs at Lansing Corr Fac., which amounts to elder abuse and mistreatment of a confined person. A late development involving further 1st amend. violations of expression freedom in writing stories.

XE-2 8/82                         CIVIL RIGHTS COMPLAINT §1983                         2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: Violation of my 1st amendment rights to gain access to information and or exercise my religious freedom under the United States Constitution.

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): J. Crouse and Warden Jesse Howes in effect stopped receipt of all publications, magazines and religious material on April 1st, 2025. On May 3rd censorship Notices began to issue stating these publications were a threat to public officials or the general public. (see Memorandum for Count one)

   B) (1) Count II: Conditions of confinement due to seeking protective custody resulting in situations of elder abuse, mistreatment of a confined person, handicap violations and cruel and unusual punishment

   (2) Supporting Facts: On April 1st, 2025, after seeking protective custody due to an attack on my person and theft of my property, various staff initiated sanctions on my person and remaining property and subjected me to treatments of abusive behavior and deprivation (see Memorandum) All under the authority of Warden Howes and Jeff Zmuda.

C) (1) Count III: A second violation of my 1st amendment U.S. Constitutional rights to write stories and correspond with family without prior notification of censorship by the KDOC.

(2) Supporting Facts: On 5/23/25, I received a Disciplinary Report for possession of sexually explicit materials to wit: a short story claimed written by me mailed out to be sent to my son for editing purposes. I was never notified my outgoing mail was subject to being opened or censored. (See Memorandum for Count Three)

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

    Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

    Plaintiffs: _____

    Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

## Additional Facts

Count 1

For Defendant Zmuda, he has the ultimate authority to override censorship and grant the protests thereof. To then order the delivery of the censored material. Failure to do so cojoins him in the 1st amendment violation which was initiated by Warden Jesse Howes, the deputy wardens and J. Crouse and the mail room staff for permanently stopping delivery of all publications. This was attested to by Unit Team Supervisor Speer in her correspondence with Plaintiff Woodward.

Count 2.

Unit Team Manager Keon, Unit Team Supervisor Speer and Unit Team Member Cleaver in effect handle and control staff activity in A4 pod, in which Plaintiff Woodward was housed. This includes how inmates are treated therein, what they are allowed to have, i.e. property, delivering commissary, living conditions, answering complaints, conflict resolution and just about everything that goes on in this pod. It is their responsibility to assure inmates are treated humanely, fairly and assure safe and healthy living condition. Failure to do so amounts to, in Plaintiff's case, elder abuse, mistreatment of a confined person and cruel and unusual punishment which according to the treatment Plaintiff Woodward

4a

has undergone and received, these Defendants failed to do. (See Further Memorandum for Count Two)

Count 3.

Mail room staff first opened, molested and did interfere with the U.S. Mail in censoring Plaintiff's Woodward's two stamped sealed envelopes addressed to a family member without just cause in a malicious fashion. Removing the contents thereof and turning them over to Leslie West, who then proceeded to make a claim I was in possession of "sexually explicit material". The effect actually being the punishment for writing a story. A Lt. Jewell approved of Leslie West's actions of a Disciplinary Report charging a Class 1 offense. The facts actually being Plaintiff Woodward was not in possession of the stated material at the time of discovery. The material was in the mail room leaving the facility. (See Further Memorandum for Count Three.) Punishment was inflicted at a disciplinary hearing.

4b

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Regarding 1st amendment violations - protests for censorships of magazines sent to KDOC Secretary's office with negative responses. Conditions of confinement complained of daily to staff with negative results. No responses to grievances received either

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Please refer to statement of Relief Requested attached

_____        David L. Woodward
Signature of Attorney (if any)                Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

5

42 U.S.C. 1983
Woodward vs. Zmuda, et-al.

## Relief Requested

That in addition to the restoration of delivery of all the publications listed and or any future magazines, not otherwise prohibited as being sexually explicit or containing nudity, without futher sanctions. That I be awarded damages amounting to whatever loss encountered by the non-delivery and destruction of publications up until the order to resume delivery.

That all court costs and filing fees be reimbursed to me by the defendants as determined by the court. That I also be awarded reasonable "attorney fees" by the court.

In addition, for pain and suffering for the elder abuses and non compliance for handicap housing, deprivation of property which had been purchased from the inmate canteen, unhealthy living conditions which amounted to cruel and unusual punishment without cause, that the court award ten thousand ($10,000.00) dollars, or any amount it feels justified, as punitive damages to be paid by the defendants, for all violations in complaint.

That the court also order defendants to provide safe and suitable housing and living conditions for an elderly individual. As well as my outgoing mail cease being subjected to censorship and that I retain the right of freedom of expression in writing short stories without interference from staff or officials of the Kansas Dept. of Corrections. Also the disciplinary conviction be esponged from my record.