# MEMORANDUM IN SUPPORT OF COUNT ONE
## 42 U.S.C. 1983
### Woodward v. Zmuda, et. al.

Starting on April 1st, 2025, the mail room at Lansing Correctional Facility ceased delivering the following magazines to me: TV Guide, TV Weekly, US Weekly, People, ReMIND, Cosmopolitan, ELLE, Harper's Bazaar, Town and Country, Woman's Day, National Enquirer, Discover publications (religious material) and Amazing Facts (a 7th Day Adventist publication - religious material). I have yearly subscriptions to all the above totalling over $400.

I made inquiries of Unit Team Supervisor Speer and the mail room regarding the stopping of delivery. (See Inmate Requests To Staff Members attached). For reasons not stated, a CMII Compact Administrator (name not provided) and the "Wardens" (plural) have permanently suspended delivery of all publications to me.

I did inform staff at L.C.F. that they were violating my first amendment rights under the U.S. Constitution denying me access to these publications. I received no reply. I had previously received all the publications listed for about 2 years prior without any sanctions being applied.

On 5/3/2025, I received Mail Censorship Notices for TV Guide, US Weekly and People

1 of 8

magazines, stating they were being denied because they were "Mail that poses a threat to the safety and security of public officials or the general public," citing KAR 44-12-601(d)(1)(B). Also as "Unauthorized correspondence with a person under the age of 18 years old", citing KAR 44-12-601. (See examples of ~~one~~ TWO such Notices also attached.) The Oxford New Desk Dictionary and Thesaurus, Third Edition, defines correspondence as, 2a. communication by letters. b. letters. A magazine or publication is neither.

The reason for censorship should be construed as arbitrary, fanciful and absurd. All the publications are generally available to the general public either by retail or subscription. I know of no threat they pose to anyone. They contain no nudity or what could be considered objectional material. The reasoning on the notice of censorship is not specific as to what the threat is, to pubic officials or the general public. Nor does it state to whom, under the age of 18 years old, is being written to.

All the remaining magazines, inclusive, have likewise been censored for the same reasons. Dozens of Notices have been issued, all of which I have protested. None of my protests, as of May 27th, have been returned, nor have any of those magazines censored been received. Each Notice was issued by J. Crouse.

I believe my religious freedom and right to receive information under the 1st amendment, U.S. Const. amend. 1, has been violated.

2 of 8

INMATE REQUEST TO STAFF MEMBER

To: _____  Date: _____
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature    To be retained by inmate

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Woodward
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

55044
Number

INMATE REQUEST TO STAFF MEMBER

To: Mail Room _____  Date: 4/12/25
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I have not received my weekly People, US, National Enquirer magazines for two weeks now. Is there a problem with delivering them?
Also my TV Guide, TV Weekly, ELLE, Harper's Bazaar, Cosmopolitan, Women's Day, ReMIND, Town and Country, Amazing Facts and Discover, publications.

Work Assignment: _____  Living Unit Assignment: A4-103
Comment: _____ Detail or C.H. Officer: _____

Disposition: I spoke to UTS Speer. Your unit team will notify you on the reason and basis for this decision. Get with your unit team.
B. Hand

To: _____  Date: _____
(Name & Number)

Disposition: _____

Employee's Signature    To be returned to inmate.
P-0009

INMATE REQUEST TO STAFF MEMBER

To: __UTS Speer__  Date: __4/21/25__
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

__Woodward__
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

__55044__
Number

INMATE REQUEST TO STAFF MEMBER

To: __UTS Speer__  Date: __4/21/25__
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

① How much longer until I'm hold-over OSR status?

② You have not advised what happened to my TV order of 4/14/25. Once I've obtained OSR status, will that order be submitted OR will I have to submit a new order? I do not wish to duplicate a $311+ purchase!

③ I'm still not receiving all my magazines

Work Assignment: _____  Living Unit Assignment: __A4-103__
Comment: I have contacted my civil attorney   Detail or C.H. Officer: _____
reference the magazines. I have a vested interest having paid almost $300 in subscription fees.

Disposition: _____

To: _____  Date: _____
(Name & Number)

Disposition: At this time it doesn't look like your SPD has been processed yet. As for your magazine subscriptions it is my understanding per KDOC Compact Administrator you are permenently suspended from receiving anymore magazines.

UTS Speer
Employee's Signature

To be returned to inmate.

P-0009

was notified in August 2023, that Corey Woodward had Plaintiff's Durable Power of Attorney and by Kansas statutes was his Attorney-in-Fact.

On June 2, 2025, Plaintiff had a disciplinary hearing in front of Officer Snodgrass who is the person assigned to hear disciplinary reports. I submitted a MOTION TO DISMISS the complaint based on the fact I was not in possession of the alleged material in question. It was in the mail going out of the facility. It was no longer a part of my "property" even with the enveloped addressed to Corey Woodward, as the Report indicated, it would be deemed his property now.

The hearing officer still found me guilty which will result in 60 days restriction and a disciplinary segregation of 10 days. So punishment was inflicted for basically writing a fictional story. This whole affair should be construed as a violation of my 1st amendment, U.S. Const. amend. 1, rights. First having my mail inspected and censored, writing to my family, the letter seized along with a story written as well. This effectively prevented my corresponding with my son. I am now informed, after the disciplinary hearing, by ISA West, all future correspondence will be subjected to inspection and censorship. This notification after the fact.

Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

LCF - C
(FACILITY)

| Case No. | 6923 | Date of Alleged Violation: | 5/23/2025 | Time: | 0730 | ● A.M. / ○ P.M. |
|---|---|---|---|---|---|---|
| Date This Report Written: | 05/23/2025 | | | Time: | 1416 | ○ A.M. / ● P.M. |

Name of Inmate: Woodward, David, L.          No. 55044    Cell No: A4-103
                 LAST      FIRST     MI
Duty Assignment: Pending Investigation / SPM

**Alleged Violation of Law or Rule** (Identify by Code No., Short Title, and Class) 44-12-313 (C) Sexually Explicit Materials - Sex Offender, Class I Offense

FACTS: On May 23rd, 2025, I, ISA West was notified of two letters that were in outgoing mail from the LCF mailroom. Both letters were addressed to Corey Woodward 2782 County Road 3214, Atlanta, Texas 75551 and designated as being sent from Resident Woodward, David #55044. These two letters are mentioned as being portions of a short story written by Resident Woodward. The addressee is described as Resident Woodward's son. These letters contain, in graphic depiction, sexual acts related to girls under the age of 18. Resident Woodward encourages the reader to determine if the story is well written and asks for them to assist him with publicizing the story and to share it with their friends. Due to the graphic nature of this material, it has been logged into evidence in the LCF EAI office. The fact that Resident Woodward is a convicted sexual offender, and the possession of these sexually explicit materials, the preponderance of the evidence would lead this investigator and any reasonable individual to conclude that Resident Woodward violated 44-12-313 (C) Sexually Explicit Materials - Sex Offender. //END OF REPORT//

Staff Witnesses: _____
(Attach Additional Sheet(s) if necessary)
(Signature) _____
ISA West, Leslie (S/S)
Printed Name and Title of Employee Writing Report

Approved by: _____
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.
Executed on 5/23/25        Signature _____

I received a copy of this report on _____, _____, _____
                                      (Date)        (Time)      (Inmate Signature & No)
I served a copy of this report _____, _____, _____
                                (Date)        (Time)      (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

STATEMENT OF DAVID WOODWARD 55044          5/27/2025

    This concerns a Disciplinary Report dated 5/23/2025, written by Leslie West, ISA, which I received on 5/24/2025. I hereby entered a plea of not guilty, and moved to dismiss

    The Report states, in effect, I was in possession of "sexually explicit material". This is <u>incorrect</u>. The Oxford New Desk Dictionary and Thesaurus, Third Edition, defines possession as, 3. hold, as in hold onto. To hold is further defined as to physically possess something.

    The Report states this material were/was in two letters that were in <u>outgoing</u> mail. This mail was in the facility mail room, <u>not</u> in my possession, nor the likelihood would ever be in my possession since it was leaving the facility. The envelopes were sealed with proper postage applied in stamps.

    The question arises, why were these letters interfered with to begin with? KDOC policy dictates correspondence mailed from it's institutions are uncensored. If <u>outgoing</u> mail is going to be subjected to being opened and examined before leaving the facility, the inmate/sender is to be notified beforehand that their mail is going to be subjected to such action and the reason for doing this. <u>I was not</u>.

    The DR states that the material stated was written by me. I believe the author was under a different name. However, the 1st amendment, U.S. Const. amend. I, specifically states that citizens be allowed freedom of expressing ideas, thoughts and writing without governmental interference, sanctions or punishment. To deny this, violates this right.

                              David Woodward

42 U.S.C 1983

Woodward vs. Zmuda, et. al.

Exhibit One

Outgoing Envelope
to
Mail With

NOTICE! This correspondence was mailed from an institution operated by the Kansas Department of Corrections. Its contents are uncensored.

**Form 9**
For Cellhouse Transfer _____
Work Assignment _____
Interview Requests

Woodward
Last Name Only

# KANSAS DEPARTMENT OF CORRECTIONS

55044
Number

## INMATE REQUEST TO STAFF MEMBER

To: UTS Speer _____  Date: 4/15/25
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

The mail room said to contact you as to why I'm being deprived of my US Weekly, People magazine and National Enquirer. I suspect why and you have no legal right to do so because of a write up. I give notice you are violating my 1st amendment Constitutional rights. None of these three publications contain any material prohibited by KDOC. Your belief otherwise is not grounds enough. First I was assaulted and robbed of my TV, fan and game player in B6 because of lack of security. A loss of over $400 to me.

Work Assignment: _____  Living Unit Assignment: A4-103

Comment: I was victimized because of   Detail or C.H. Officer: _____
negligence by staff. Then for protection I sought out Pc. Handcuffed and thrown into seg. with nothing now for two weeks. Victimized again! Now you are going to deprive me of magazines I paid $100's for because of a bullshit write up? Violating my right to disseminate information. Victimizing me a third time. I believe it's time to file a lawsuit for elder abuse and cruel and unusual punishment plus 1st amendment violations as well.

To: _____  Date: _____
(Name & Number)

Disposition: I AM NOT DEPRIVING YOU OF ANYTHING. THIS DECISION WAS MADE BY CMII COMPACT ADMINISTRATOR AND THE WARDENS.

_____
Employee's Signature

To be returned to inmate.

P-0009