REVISED December 2022

# ADMINISTRATIVE PROCEDURES FOR FILING, SIGNING, AND VERIFYING PLEADINGS AND PAPERS BY ELECTRONIC MEANS IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

REVISED December 2022

==incomplete submission. Complete copies of the rules of the court are available for review in the law library.==

==10.  Questions regarding filing by prisoners who are in segregated housing should be directed to the facility librarian.==

==11.  A prisoner who is transferred to any facility not designated for inclusion by the Department will resume the submission of pleadings by mail.==

### M.  CJA FEE MATTERS

All fee matter documents should be forwarded directly to the CJA Coordinator in the Federal Public Defender's Office. These documents are not filed in the System.

## III.  FILING OF DOCUMENTS OTHER THAN THROUGH THE SYSTEM

The following procedures govern documents filed conventionally or other than through the System. The court, on motion, may also authorize conventional filing of other documents otherwise subject to these procedures.

### A.  PRO SE FILERS IN CRIMINAL CASES AND UNREGISTERED PRO SE FILERS IN CIVIL CASES

Pro se filers shall file paper originals of all pleadings, motions, affidavits, briefs, and other documents that must be signed or that require either verification or an unsworn declaration under any rule or statute. The clerk's office will scan these original documents into an electronic file in the System. The court will not maintain the paper copy of the document.

A pro se party in a civil case who elects to not become a registered user of the System must file according to one of the options set forth below:

1. **Filing Options.**

    a. **Conventionally.** Original documents may be submitted by mail or in person to the clerk's office. The clerk's office will file stamp the documents on the date they were received, scan the original documents into an electronic format and file them in the System.

    b. **Email.** Documents bearing an original signature may be scanned and submitted as an attachment to an email sent to the clerk's office (see email addresses below). Documents submitted by email must be in PDF format and must comply with administrative

24