UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

David L. Woodward,

                      Plaintiff,

    vs.

Jeff Zmuda, et al,

                      Defendants.

Case No. 25-3110-JWL

NOTICE TO PLAINTIFF

      IT IS HEREBY ORDERED AT THE DIRECTION OF HONORABLE JOHN W. LUNGSTRUM, United States District Judge:

      Your Complaint has been received, but it is deficient for the reason(s) below:

CIVIL ACTION FILING FEE NOT SATISFIED.  You have not paid the fees for filing a civil action of $405.00 and you have not submitted a motion to proceed without prepayment of fees. See 28 U.S.C. § 1914.  Your case may not go forward until you satisfy the statutory filing fee prerequisites in one of these two ways.  Forms for filing a motion to proceed without prepayment of fees are enclosed.

FINANCIAL INFORMATION REQUIRED BY FEDERAL LAW TO SUPPORT YOUR MOTION TO PROCEED WITHOUT FEES HAS EITHER NOT BEEN SUBMITTED OR DOES NOT COMPLY.  See 28 U.S.C. § 1915(a)(2)  (A prisoner seeking to bring a civil action without prepayment of fees shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint.)  You must submit your account statement for the appropriate six-month period.

You are required to correct the foregoing deficiencies within thirty (30) days of the date of this Notice.   If you fail to comply within the prescribed time, the Judge presiding over your case will be notified of your non-compliance, and this action may be dismissed without further notice for failure to comply with this court order.

**IT IS THEREFORE BY THE COURT ORDERED** that the PLAINTIFF is granted until July 7, 2025 in which to correct the foregoing deficiencies or this action may be dismissed without prejudice and without further notice.

**IT IS SO ORDERED** on Thursday, June 05, 2025.

> Skyler B. O'Hara
> Clerk of the Court
> by J. Lolley, Deputy Clerk