David Woodward 55044
P.O. Box 2
Lansing, KS 66043

---

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| David L. Woodward<br>Plaintiff<br>vs.<br>Jeff Zmuda, et. al.<br>Defendants | CASE NO. 2025 cv 03110 -JWL |

## MOTION TO AMEND COMPLAINT

Comes Now David L. Woodward, plaintiff pro se and moves the court to amend his 42 USC 1983, civil rights complaint, filed June 5, 2025, to include the following:

On or about June 6th, 2025, a letter was received from CMII Darcie Holthous, Facility Management, to indicate she was instrumental in a decision to permanently deny plaintiff access to magazines he has subscriptions to. This a reason for Count One and possibly Count Three of his complaint.

Then on or about June 9th, 2025, a request was made of property officer Shaw for delivery of plaintiff's property from the property dept. which was declined. This would have been the property that was packed up from plaintiff's cell in B6 pod on April 2nd, 2025, when he was placed in protective custody.

The denial of plaintiff having access to his property is part of the reason for Count Two in the complaint.

Whereas, both parties are citizens of Lansing, KS and employed at Lansing Corr. Fac., 301 E. Kansas. At the time the grounds for the complaint arose, both were acting under color of state law in their personal and official capacities. Plaintiff asks the court include them as defendants.

Further, the basis for Count Three is the censorship of outgoing mail from the facility posted by plaintiff. Specifically letters addressed to plaintiff's son Corey W. Woodward, 2782 County Rd. 3214, Atlanta, TX 75551. Currently 6 letters mailed out have failed to reach him, believed to have been interfered with by mail room staff at the facility.

Additional, Corey has plaintiff's Durable Power of Attorney. Under Kansas statutes, this makes him plaintiff's Attorney-in-Fact. That should make mail between plaintiff and him privileged. This has been since March of 2023.

In any event, he and plaintiff should have a 1st and 14th amendment right under the U.S. Constitution to communicate by letter. Corey would have a liberty interest in receiving mail from plaintiff. Any infringment of this interest should violate these rights.

Therefore, plaintiff asks the court to include Corey W. Woodward as co-plaintiff in this matter insofar as Count Three of the complaint.

Respectfully
David A. Woodward