David Woodward 55044
Name

301 E. Kansas - P.O. Box 2

Lansing, KS 66043
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| David L. Woodward, Plaintiff (Full Name) | CASE NO. 25-3110-JWL (To be supplied by the Clerk) |
|---|---|
| V. Jeff Zmuda, Jesse Howes, Defendant(s) J. Crouse, Darcie Holthaus, Leslie West | AMENDED CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

## A. JURISDICTION

1) David L. Woodward, (Plaintiff) is a citizen of Kansas (State)

who presently resides at Lansing Corr. Fac. 301 E. Kansas, P.O. Box 2, Lansing, KS 66043 (Mailing address or place of confinement.)

2) Defendant Jeff Zmuda (Name of first defendant) is a citizen of Topeka, KS (City, State), and is employed as Secretary of Corrections (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Did in his personal and official capacity, deprived plaintiff of publications by censorship of same in violation of the 1st amendment.

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant __Jesse Howes__ is a citizen of
   (Name of second defendant)

__(Lansing) Kansas__, and is employed as
   (City, state)

__(Was Warden at Lansing Corr. Fac.)__. At the time the
   (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

Did in his personal and official capacity deprive plaintiff of his 1st amendment rights by authorizing censorship of incoming and outgoing mail and publications

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

1st and 14th amendments, U.S. Const. Amend I and XIV.

---

B. NATURE OF THE CASE

1) Briefly state the background of your case:

On April 1st, 2025, all publications, magazines, religious materials in the form of magazines stopped being delivered to me. This includes i.e. TV Guide, TV Weekly, US Weekly, People, Town & Country, ELLE, Harpers Bazaar, ReMIND, Cosmopolitan, Amazing Fact and Discover (both religious), and others. Also, plaintiff is being deprived of story writing as well. All these deprivations involve censorship of incoming and outgoing mail which plaintiff believes encompasses violations of his 1st and 14th amendment rights under the U.S. Constitution of Amend. I & XIV.

XE-2 8/82                 CIVIL RIGHTS COMPLAINT §1983

2

Defendant J. Crouse is a citizen of Lansing KS and is employed as a Mail Clerk at Lansing Corr. Fac. At the time the claims alleged in this complaint arose, this defendant was acting under the color of state law, to wit: In his personal and official capacity deprived plaintiff of his 1st amendment rights through censorship of incoming and outgoing mail, and freedom of speech of the written word, and publications, magazines.

Defendant Darcie Holthaus is a citizen of Kansas and is employed as a CMII of the Kansas Dept. of Corrections. At the time the claims alleged in this complaint arose, this defendant was acting under the color of state law, to wit: In her personal and official capacity deprived plaintiff of publications in violation of the 1st amendment.

Defendant Leslie West is a citizen of Lansing, KS. and is employed as an ISA at Lansing Corr. Fac. At the time the claims alleged in this complaint arose, this defendant was acting under color of state law, to wit: Has directly deprived plaintiff of his 1st amendment rights in her personal and official capacity, of the freedom of speech through censorship of mail and the written word.

2b

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: Violation of 1st amendment rights to access information and exercise my right to freedom of worship through deprivation of publications and magazines - Censorship

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): On April 1st, 2025, all publications and magazines ceased being delivered to plaintiff. Plaintiff inquired of a Unit Team Supervisor Speer as to the reason. She stated the Warden, Jesse Howes and a Compact Administrator (CM II Darcie Holthaus), had permanently suspended all publications from me. (continued on separate pages)

   B) (1) Count II: Violation of 1st and 14th amendment rights to excercise my right to correspond with outsiders by mail by unnecessary censorship.

   (2) Supporting Facts: On 5/23/25, two letters addressed to Corey Woodward were censored preventing delivery to him. Assumed opened by J. Crouse in the Lansing Corr. Fac. mail room. Since that time, up to four additional letters have been intercepted.
   (continued on separate pages)

## C. Cause of Action (Continued)

Supporting Facts For Count I (continued from page 3)

On May 3rd, 2025, Mail Censorship Notices started for all publications and magazines stating they were all a threat to public officials or the general public and that I was having unauthorized correspondence with persons under the age of 18 years old. These were being issued by J. Crouse. Later notices changed the secondary reason denying me all of these publications because they allegedly contained pictures or images of children (persons under the age of 18 years old).

I mailed protests for this censorship to the Secretary of Corrections, Jeff Zmuda, citing among other things that my 1st amendment rights were being violated by the deprivation and censorship, that the reasons given were arbitrary, fanciful and absurd because all these publications were available to the general public without being threatening, that I was not corresponding with minors or anyone else, in the case of the religious publications I was being deprived of my religious freedom, and lastly I had been receiving these magazines and publications for years prior to April 1st without any censorship or sanctions. All my protests have been denied. To date I am still not receiving any of the material. None of the publishers have been notified either.

Supporting Facts For Count II (continued from page 3)

This count also involves the depriving plaintiff of his 1st and 14th amendment rights due to censorship matters. All of my outgoing mail is now being subjected to censorship. All letters addressed to Corey Woodward, plaintiff's son, are not reaching him. This since May 23rd, 2025. Up to six letters were never received since that date. Letters prior to May 23rd were received without any problems. It is reasonably believed any and all outgoing mail from plaintiff is being stopped. Letters written to the religious organizations sending plaintiff their publications have also not been received, since they continue sending their material when they've been advised by outgoing mail their publications are being stopped by the facility.

Supporting Facts For Count III (continued from page 4)

As with Counts I and II, censorship and 1st amendment rights deal with this issue. The partial stories, claimed written by plaintiff, were censored and seized by ISA Leslie West. They were enclosed in letters to plaintiff's son in the outgoing mail leaving the facility. Effectively preventing plaintiff from writing of fictional stories.

Supporting Facts for Count III continued:

It is reasonably believed J. Crouse opened plaintiff's letters. According to regulations, notice of censorship is to be provided plaintiff also citing the reason censorship is being initiated. In other words, the facility has a right to censor mail, but must give a reason for it to begin with. Plaintiff never received such notification. Leslie West joined J. Crouse in the censorship of the contents of the letters when she was given the contents by the mail clerk and wrote the subsequent disciplinary report. If plaintiff attempts to write any other stories, they will be subject to censorship, seizure and punishment. Other words, plaintiff is prohibited from writing fictional stories of his choice.

Note from Court's orders: Re Count II and III

While all of plaintiff's mail is now being censored, it is unclear which letters, other than to Corey Woodward, are not reaching the intended addressee. He is receiving NO censorship notices on any of the outgoing mail. Including the mail to Corey. Corey is receiving no mail plaintiff has mailed to him including the first two letters stopped. The letters are personal in nature between father and son.

Again, the only mail room employee issuing any censorship notices has been J. Crouse. It is he therefore plaintiff names as responsible for all mail matters. Leslie West is the one seizing plaintiff's letter contents. This determined by their actions in the past. The specific matter is not allowing plaintiff's mail to go out regardless of any penological interest or reason. Censorship is the primary matter; since none of the mail involve the safety or security of the prison it should not be censored.

Plaintiff does not know how to make this more clear other than what the 1st amendment permits as far as free speech and freedom of thought expressed in the written word. That and the 1st and 14th amendment rights to communicate with outsiders. Along with preventing harmless magazines from being delivered to plaintiff. All involve the 1st amendment and censorship of non penological matters.

C) (1) Count III: <u>Violation of 1st amendment rights due to</u> <u>censorship of free speech, that of the written word</u> <u>being sent out of Lansing Correctional Facility by mail.</u>

(2) Supporting Facts: <u>This involves censorship issues as well as</u> <u>Count I and II. It began on May 23rd, 2025, when two letters</u> <u>written to Corey Woodward were opened presumably by J. Cruse.</u> <u>After examining the contents, partial stories were discovered therein.</u>
(Continued on separate pages)

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Relief has been sought through protests to the Kansas Dept. of Corrections, Secretary of Corrections, of the censorship imposed and the denial of 1st and 14th amendment rights therein. Those protests all denied.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

The resumption of the delivery to me of all publications, magazines and religious materials. An injunction preventing Lansing Corr. Fac. from preventing my outgoing mail from being stopped unnecessarily. An order to allow me to exercise my 1st amendment rights to freedom of speech and expression without sanctions or punishment.

_____            David A. Woodward
Signature of Attorney (if any)               Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82                   CIVIL RIGHTS COMPLAINT §1983

5