# Exhibit 1

# KASPER Inmate Data Summary sheet for David L. Woodward #0055044

**PROVISSIONALLY REDACTED**