# Exhibit 2

# Classifications Information of David L. Woodward #0055044

**PROVISSIONALLY AND CONVENTIONALLY SEALED**