# Exhibit 3

# Outgoing Letters of David L. Wooward #0055044

**PROVISSIONALLY AND CONVENTIONALLY SEALED**