# Exhibit 4

# Recovered Photo Collage

**PROVISSIONALLY AND CONVENTIONALLY SEALED**