

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

May 13, 2025

TO:    0055044 Woodward, David

      Lansing Correctional Facility

RE:    Censor of magazines/publications

I received your censor stating you wish to continue receiving magazines/publications you have received for years while in our custody. On April 2, 2025, you received a DR, in short, for making and possessing child pornography. You argued it wasn't real acts or real persons engaging in pornographic situations.

Because you are managed as a sex offender, and have no overrides, you do not get to possess images of children. Your action of creating these disturbing images, has further caused us to counsel with the agency's Sex Offender Specialist to assess the lack of positive progress and the remedial actions that should be taken. It was determined, due to your abusive use of the material, your ability to possess magazines/publications will be censored accordingly. Any item determined to contain information regarding children or images of children will be censored.

Sincerely,

Darcie Holthaus CMII
Facility Management

cc:    Correspondence
      Warden Howes
      w/attachments

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice: 5/5/2025**          **Submit protest by: 5/14/2025**          Destroy Date: 8/5/2025

Addressee:     David Woodward    55044    A4-103
               (Inmate Name) (KDOC #) (Housing Unit)

**RECEIVED**

**MAY 12 2025**

DOC Facility Management Area

Sender: Name:        TV Weekly
        Address:
        City, State, Zip

has been censored ([X] in whole /[ ] in part). The grounds for this censorship are the reasonable belief that:

[ ]    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    [ ]    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband as described in KAR 44-12-903.
    [ ]    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    [ ]    Contains Sexually Explicit Materials as described in KAR 22-12-313
    [ ]    Contains Contraband as described in KAR 44-12-902

| | | |
|---|---|---|
| [ ] Postage stamps | [ ] Stickers/Adhesive Labels | [ ] Blank Sheets of Paper/envelops |
| [ ] Oversized Card | [ ] Oversized Photographs | [ ] Polaroid Photographs |
| [ ] Battery in Card | [ ] Laminations/stickers | [ ] Padded/corrugated envelops |
| [ ] Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz. | | |
| [ ] Other Unauthorized Object: | | |

[X]    Mail that poses a threat to the safety and security of public officials or the general public [KAR 44-12-601 (d)(1)(B)].

    [ ]    Addressed to a person who has filed an objection to receiving correspondence from you.
    [X]    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

[ ]    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

[ ]    The mail is unauthorized correspondence between offenders, including a former inmate [KAR 44-12-601 (d)(1)(D)].

    [ ]    Included correspondence ( [ ] From / [ ] To) a third party.

[X]    The censored material/item is:

    [X]    Being held in the facility mailroom pending disposition and/or protest instructions.
    [ ]    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal prosecution and disposition and/or protest instructions.
    [ ]    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above. If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).**

J.Crouse
(Printed Name of Person Issuing Censorship Notice)          (Signature of Person Issuing Censorship Notice)          5/5/2025
                                                                                                                      (Date)

Kansas Department of Corrections
Protest of Mail Censorship

Date of Notice:  5/5/25                                    Tracking # _____

| Mail To: Kansas Department of Corrections | From: David Woodward |
|---|---|
| Mail Censorship | (Print name of Person Protesting) |
| 714 SW Jackson, Ste. 300 | A4-103 L.C.F. |
| Topeka, KS 66603 | (Housing Unit or Address) |
| | Lansing, KS 66043 |
| | (City, State, Zip, if Applicable ) |

Tracking: 55044 (Inmate # if Applicable)

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

Withholding of this time sensitive publication is a violation of my 1st amendment rights under the U.S. Constitution. The reason being given is both arbitrary and fanciful. TV Weekly is a listing of TV programs and does not represent correspondence with anyone, including minors. I have been receiving this magazine for years prior to this action without sanctions. IT is also sold to and available to the general public and can in no way be construed as a "threat".

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the inmate or discarded.

Date Notice Received

David Woodward                         David Woodward                    5/7/25
(Printed Name of Person Protesting)   (Signature of Person Protesting)   (Date)

**Request Disposition of Material/Items If Protest Is not granted (Inmate Only)**

☐ I wish to have the censored material/item destroyed
☐ I wish to have the censored material/item mailed to the following person/address
   Name: _____
   Address: _____
   City, State, Zip _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____          __/__/____
(Inmate Signature and Number)     (Date)

Secretary's Decision: ☐ Protest Granted   ☒ Protest Denied   _____ 5/13/25
                                                              (SOC/Designee)   (Date)

Disposition of censored Material/Item:
   Delivered to Inmate on __/__/____        Mailed on __/__/____        Destroyed on __/__/____
                    (Date)                      (Date)                      (Date)

_____              _____          __/__/____
(Printed Name of Person Responsible for Disposition)   (Signature of Person Responsible for Disposition)   (Date)

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:  5/5/2025**          **Submit protest by: 5/14/2025**          **Destroy Date: 8/5/2025**

Addressee:     David Woodward     55044          A4-103
                (Inmate Name) (KDOC #) (Housing Unit)

**RECEIVED**

**MAY 12 2025**

DOC Facility Management Area

Sender: Name:          Bazaar
        Address:
        City, State, Zip

has been censored ([X] in whole /[ ] in part).  The grounds for this censorship are the reasonable belief that:

[ ]     The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

        [ ]     Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
                as described in KAR 44-12-903.
        [ ]     Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
        [ ]     Contains Sexually Explicit Materials as described in KAR 22-12-313
        [ ]     Contains Contraband as described in KAR 44-12-902
                [ ] Postage stamps          [ ] Stickers/Adhesive Labels      [ ] Blank Sheets of Paper/envelops
                [ ] Oversized Card          [ ] Oversized Photographs         [ ] Polaroid Photographs
                [ ] Battery in Card         [ ] Laminations/stickers          [ ] Padded/corrugated envelops
                [ ] Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
                [ ] Other Unauthorized Object:

[X]     Mail that poses a threat to the safety and security of public officials or the general public
        [KAR 44-12-601 (d)(1)(B)].

        [X]     Addressed to a person who has filed an objection to receiving correspondence from you.
                Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

[ ]     The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

[ ]     The mail is unauthorized correspondence between offenders, including a former inmate
        [KAR 44-12-601 (d)(1)(D)].

        [ ]     Included correspondence ( [ ] From / [ ] To) a third party.

[X]     The censored material/item is:

        [X]     Being held in the facility mailroom pending disposition and/or protest instructions.
        [ ]     Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
                criminal prosecution and disposition and/or protest instructions.
        [ ]     Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above. If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse
(Printed Name of Person Issuing Censorship Notice)          (Signature of Person Issuing Censorship Notice)          5/5/2025
                                                                                                                       (Date)

Kansas Department of Corrections
Protest of Mail Censorship

Date of Notice: _5/5/25_    Tracking # _____

| Mail To: | Kansas Department of Corrections<br>Mail Censorship<br>714 SW Jackson, Ste. 300<br>Topeka, KS 66603 |

From: _David Woodward_    _55044_
(Print name of Person Protesting)    (Inmate # if Applicable)
_A4- 103  L.C.F._
(Housing Unit or Address)
_Lansing, KS 66043_
(City, State,  Zip, if Applicable )

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

_Withholding of this publication violates my 1st amendment rights under the U.S._
_Constitution. The reason given is both arbitrary and fanciful. Harpers Bazaar does_
_not represent correspondence with anyone whether real or imagined. There are no minors_
_involved. I have been receiving this magazine for several years prior to this action without_
_sanctions. It is available to the general public and therefore not a threat to anyone._

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the inmate or discarded.

_David Woodward_    _David Woodward_    Date Notice received:
(Printed Name of Person Protesting)    (Signature of Person Protesting)    _5/7/25_
(Date)

**Request Disposition of Material/Items If Protest Is not granted (Inmate Only)**

☐ I wish to have the censored material/item destroyed
☐ I wish to have the censored material/item mailed to the following person/address
Name: _____
Address: _____
City, State, Zip _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____    ___/___/___
(Inmate Signature and Number)    (Date)

Secretary's Decision: ☐ Protest Granted    ☒ Protest Denied    _____    _5/13/25_
(SOC/Designee)    (Date)

Disposition of censored Material/Item:
Delivered to Inmate on ___/___/___    Mailed on ___/___/___    Destroyed on ___/___/___
(Date)    (Date)    (Date)

_____    _____    ___/___/___
(Printed Name of Person Responsible for Disposition)    (Signature of Person Responsible for Disposition)    (Date)

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:  5/5/2025**          **Submit protest by: 5/14/2025**          Destroy Date: 8/5/2025

Addressee:    David Woodward    55044    A4-103          **RECEIVED**
(Inmate Name) (KDOC #) (Housing Unit)

MAY 1 2 2025

Sender: Name:        Bazaar
Address:                                              DOC Facility Management Area
City, State, Zip

has been censored (☑ in whole /☐ in part).  The grounds for this censorship are the reasonable belief that:

☐    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

- ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband as described in KAR 44-12-903.
- ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
- ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
- ☐    Contains Contraband as described in KAR 44-12-902
  - ☐ Postage stamps        ☐ Stickers/Adhesive Labels        ☐ Blank Sheets of Paper/envelops
  - ☐ Oversized Card         ☐ Oversized Photographs          ☐ Polaroid Photographs
  - ☐ Battery in Card         ☐ Laminations/stickers            ☐ Padded/corrugated envelops
  - ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ____oz.
  - ☐ Other Unauthorized Object:

☑    Mail that poses a threat to the safety and security of public officials or the general public [KAR 44-12-601 (d)(1)(B)].

- ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
- ☑    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐    The mail is unauthorized correspondence between offenders, including a former inmate [KAR 44-12-601 (d)(1)(D)].

- ☐    Included correspondence ( ☐ From / ☐ To) a third party.

☑    The censored material/item is:

- ☑    Being held in the facility mailroom pending disposition and/or protest instructions.
- ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal prosecution and disposition and/or protest instructions.
- ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).**

J.Crouse                                                                                    5/5/2025
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)    (Date)

Kansas Department of Corrections
Protest of Mail Censorship

Date of Notice: **5/5/25**                                          Tracking # _____

| | |
|---|---|
| Mail To:  Kansas Department of Corrections<br>Mail Censorship<br>714 SW Jackson, Ste. 300<br>Topeka, KS 66603 | From: **David Woodward**   **55044**<br>(Print name of Person Protesting)   (Inmate # if Applicable)<br>**A4-103 L.C.F.**<br>(Housing Unit or Address)<br>**Lansing, KS 66043**<br>(City, State, Zip, If Applicable) |

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

Withholding of this publication violates my 1st amendment rights under the U.S. Constitution. The reason given is both arbitrary and fanciful. Harpers Bazaar does not represent correspondence with anyone whether real or imagined. There are no minors involved. I have been receiving this magazine for several years prior to this action without Sanctions. It is available to the general public and therefore not a threat to anyone.

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the inmate or discarded.

**David Woodward**                    **David Woodward**            Date Notice Received
(Printed Name of Person Protesting)     (Signature of Person Protesting)       **5/7/25**
                                                                    (Date)

**Request Disposition of Material/Items If Protest Is not granted (Inmate Only)**

☐  I wish to have the censored material/item destroyed
☐  I wish to have the censored material/item mailed to the following person/address
      Name:        _____
      Address:     _____
      City, State, Zip  _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____        __/__/____
(Inmate Signature and Number)        (Date)

Secretary's Decision: ☐ Protest Granted   ☒ Protest Denied   _____  **5/13/25**
                                                          (SOC/Designee)        (Date)

Disposition of censored Material/Item:
      Delivered to Inmate on __/__/____        Mailed on __/__/____        Destroyed on __/__/____
                        (Date)                    (Date)                    (Date)

_____        _____        __/__/____
(Printed Name of Person Responsible for Disposition)   (Signature of Person Responsible for Disposition)   (Date)

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:** 5/5/2025          **Submit protest by:** 5/14/2025          Destroy Date: 8/5/2025

Addressee:      David Woodward    55044        A4-103          **RECEIVED**
                (Inmate Name) (KDOC #) (Housing Unit)

                                                                MAY 12 2025

Sender: Name:         Elle
        Address:                                                DCC Facility Management Area
        City, State, Zip

has been censored (☒ in whole /☐ in part). The grounds for this censorship are the reasonable belief that:

☐      The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

        ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
             as described in KAR 44-12-903.
        ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
        ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
        ☐    Contains Contraband as described in KAR 44-12-902
             ☐ Postage stamps        ☐ Stickers/Adhesive Labels      ☐ Blank Sheets of Paper/envelops
             ☐ Oversized Card        ☐ Oversized Photographs         ☐ Polaroid Photographs
             ☐ Battery in Card       ☐ Laminations/stickers          ☐ Padded/corrugated envelops
             ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
             ☐ Other Unauthorized Object:

☒      Mail that poses a threat to the safety and security of public officials or the general public
       [KAR 44-12-601 (d)(1)(B)].

        ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
        ☒    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐      The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐      The mail is unauthorized correspondence between offenders, including a former inmate
       [KAR 44-12-601 (d)(1)(D)].

        ☐    Included correspondence ( ☐ From /☐ To) a third party.

☒      The censored material/item is:

        ☒    Being held in the facility mailroom pending disposition and/or protest instructions.
        ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
             criminal prosecution and disposition and/or protest instructions.
        ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above. If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse                                                                      5/5/2025
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)    (Date)

Kansas Department of Corrections
Protest of Mail Censorship

Date of Notice: 5/5/25                                    Tracking # _____

| Mail To: | Kansas Department of Corrections | From: | David Woodward | 55044 |
| | Mail Censorship | | (Print name of Person Protesting) | (Inmate # if Applicable) |
| | 714 SW Jackson, Ste. 300 | | A4-103 L.C.F. | |
| | Topeka, KS 66603 | | (Housing Unit or Address) | |
| | | | Lansing, KS 66043 | |
| | | | (City, State, Zip, if Applicable ) | |

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

Withholding of this publication violates my 1st amendment rights under the U.S. Constitution. The reason given is both arbitrary and fanciful. BLLE does not represent correspondence with anyone whether real or imagined. There are no minors involved. I have been receiving this magazine for several years prior to this action without any sanctions. It is sold to the general public and therefore is not a threat to anyone.

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the inmate or discarded.

David Woodward                    David Woodward              Date Notice Received
(Printed Name of Person Protesting)    (Signature of Person Protesting)    5/7/25
                                                                       (Date)

**Request Disposition of Material/Items If Protest Is not granted (Inmate Only)**

☐ I wish to have the censored material/item destroyed
☐ I wish to have the censored material/item mailed to the following person/address
Name: _____
Address: _____
City, State, Zip _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____    __/__/____
(Inmate Signature and Number)    (Date)

Secretary's Decision: ☐ Protest Granted   ☒ Protest Denied    _____  5/13/25
                                                              (SOC/Designee)    (Date)

Disposition of censored Material/Item:
Delivered to Inmate on __/__/____        Mailed on __/__/____        Destroyed on __/__/____
                      (Date)                    (Date)                      (Date)

_____        _____        __/__/____
(Printed Name of Person Responsible for Disposition)    (Signature of Person Responsible for Disposition)    (Date)

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:** 5/5/2025          **Submit protest by: 5/14/2025**          Destroy Date: 8/5/2025

Addressee:     David Woodward   55044       A4-103
               (Inmate Name) (KDOC #) (Housing Unit)

RECEIVED

Sender: Name:          Elle
        Address:
        City, State, Zip

MAY 12 2025

DOC Facility Management Area

has been censored ( ☒ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☐     The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    ☐     Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
          as described in KAR 44-12-903.
    ☐     Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    ☐     Contains Sexually Explicit Materials as described in KAR 22-12-313
    ☐     Contains Contraband as described in KAR 44-12-902
        ☐  Postage stamps          ☐  Stickers/Adhesive Labels      ☐  Blank Sheets of Paper/envelops
        ☐  Oversized Card          ☐  Oversized Photographs         ☐  Polaroid Photographs
        ☐  Battery in Card         ☐  Laminations/stickers          ☐  Padded/corrugated envelops
        ☐  Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
        ☐  Other Unauthorized Object:

☒     Mail that poses a threat to the safety and security of public officials or the general public
      [KAR 44-12-601 (d)(1)(B)].

    ☐     Addressed to a person who has filed an objection to receiving correspondence from you.
    ☒     Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐     The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐     The mail is unauthorized correspondence between offenders, including a former inmate
      [KAR 44-12-601 (d)(1)(D)].

      ☐     Included correspondence ( ☐ From / ☐ To) a third party.

☒     The censored material/item is:

    ☒     Being held in the facility mailroom pending disposition and/or protest instructions.
    ☐     Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
          criminal prosecution and disposition and/or protest instructions.
    ☐     Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse                                                                                    5/5/2025
(Printed Name of Person Issuing Censorship Notice)     (Signature of Person Issuing Censorship Notice)     (Date)

Kansas Department of Corrections
Protest of Mail Censorship

**Date of Notice:** 5/5/25

**Tracking #** _____

| | |
|---|---|
| Mail To: Kansas Department of Corrections<br>Mail Censorship<br>714 SW Jackson, Ste. 300<br>Topeka, KS 66603 | From: David Woodward<br>(Print name of Person Protesting)<br>A4-103  L.C.F.<br>(Housing Unit or Address)<br>Lansing, KS 66043<br>(City, State, Zip, if Applicable ) |

**Tracking #:** 55044
(Inmate # if Applicable)

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

Withholding of this publication violates my 1st amendment rights under the U.S. Constitution. The reason being given is both arbitrary and facicul. ELLE does not represent correspondence with anyone whether real or imagined. There are no minors involved. I have been recieving this magazines for several years prior to this action without sanctions. It is sold to the general public and therefore is not a threat to anyone.

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the inmate or discarded.

David Woodward
(Printed Name of Person Protesting)

David Woodward
(Signature of Person Protesting)

Date Notice Recevied
5/7/25
(Date)

**Request Disposition of Material/Items If Protest Is not granted (Inmate Only)**

☐ I wish to have the censored material/item destroyed
☐ I wish to have the censored material/item mailed to the following person/address  .
Name: _____
Address: _____
City, State, Zip _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____  __/__/____
(Inmate Signature and Number)  (Date)

**Secretary's Decision:** ☐ Protest Granted   ☒ Protest Denied   _Abule_   5/13/25
(SOC/Designee)  (Date)

Disposition of censored Material/Item:
Delivered to Inmate on __/__/____   Mailed on __/__/____   Destroyed on __/__/____
(Date)  (Date)  (Date)

_____  _____  __/__/____
(Printed Name of Person Responsible for Disposition)  (Signature of Person Responsible for Disposition)  (Date)

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:  5/2/2025**          **Submit protest by: 5/13/2025**          **Destroy Date: 8/4/2025**

RECEIVED

MAY 12 2025

DOC Facility Management Area

Addressee:     David Woodward    55044        A4-103
               (Inmate Name) (KDOC #) (Housing Unit)

Sender: Name:        People
        Address:
        City, State, Zip

has been censored ( ☒ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☐     The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    ☐     Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
         as described in KAR 44-12-903.
    ☐     Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    ☐     Contains Sexually Explicit Materials as described in KAR 22-12-313
    ☐     Contains Contraband as described in KAR 44-12-902

| | | |
|---|---|---|
| ☐ Postage stamps | ☐ Stickers/Adhesive Labels | ☐ Blank Sheets of Paper/envelops |
| ☐ Oversized Card | ☐ Oversized Photographs | ☐ Polaroid Photographs |
| ☐ Battery in Card | ☐ Laminations/stickers | ☐ Padded/corrugated envelops |
| ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz. | | |
| ☐ Other Unauthorized Object: | | |

☒     Mail that poses a threat to the safety and security of public officials or the general public
    [KAR 44-12-601 (d)(1)(B)].

    ☐     Addressed to a person who has filed an objection to receiving correspondence from you.
    ☒     Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐     The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐     The mail is unauthorized correspondence between offenders, including a former inmate
    [KAR 44-12-601 (d)(1)(D)].

    ☐     Included correspondence ( ☐ From / ☐ To) a third party.

☒     The censored material/item is:

    ☒     Being held in the facility mailroom pending disposition and/or protest instructions.
    ☒     Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
         criminal prosecution and disposition and/or protest instructions.
    ☐     Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse                                                                                    5/2/2025
(Printed Name of Person Issuing Censorship Notice)         (Signature of Person Issuing Censorship Notice)         (Date)

Kansas Department of Corrections
Protest of Mail Censorship

Date of Notice: **5/2/25**

Tracking # _____

Mail To:  Kansas Department of Corrections
          Mail Censorship
          714 SW Jackson, Ste. 300
          Topeka, KS 66603

From:  **David Woodward**      **55044**
(Print name of Person Protesting)    (Inmate # if Applicable)

**L.C.F. A4-103**
(Housing Unit or Address)

**Lansing, KS 66043**
(City, State, Zip, if Applicable )

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

Withholding this publication is a violation of my 1st amendment U.S. Constitution rights
People magazine is a well known publication for years and is generally available to the public.
It never poses a threat to anyone. Even if a person under 18 is pictured, there is no way I or those
could correspond or communicate with each other. There is never any nudity involved I
fully intend on filing a 42 U.S.C 1983 protesting the mail rooms action.

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of
censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by
mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in
their entirety either mailed out at the expense of the inmate or discarded.

**David Woodward**                    **David Woodward**              **5/3/25**
(Printed Name of Person Protesting)    (Signature of Person Protesting)    (Date)

**Request Disposition of Material/Items If Protest Is not granted (Inmate Only)**

☐  I wish to have the censored material/item destroyed
☐  I wish to have the censored material/item mailed to the following person/address
   Name:        _____
   Address:     _____
   City, State, Zip   _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____        __/__/__
(Inmate Signature and Number)        (Date)

Secretary's Decision:  ☐ Protest Granted    ☒ Protest Denied   _____   **5/13/25**
                                                                (SOC/Designee)      (Date)

Disposition of censored Material/Item:
   Delivered to Inmate on __/__/____          Mailed on __/__/____          Destroyed on __/__/____
                    (Date)                            (Date)                        (Date)

_____        _____        __/__/____
(Printed Name of Person Responsible for Disposition)    (Signature of Person Responsible for Disposition)    (Date)

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice: 5/2/2025**          **Submit protest by: 5/13/2025**          **Destroy Date: 8/4/2025**

Addressee:    David Woodward    55044    A4-103            RECEIVED
              (Inmate Name) (KDOC #) (Housing Unit)

                                                          MAY 12 2025

Sender: Name:        TV Guide
        Address:                                          DOC Facility Management Area
        City, State, Zip

has been censored (☒ in whole /☐ in part). The grounds for this censorship are the reasonable belief that:

☐   The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    ☐   Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
        as described in KAR 44-12-903.
    ☐   Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    ☐   Contains Sexually Explicit Materials as described in KAR 22-12-313
    ☐   Contains Contraband as described in KAR 44-12-902
        ☐   Postage stamps           ☐ Stickers/Adhesive Labels     ☐ Blank Sheets of Paper/envelops
        ☐   Oversized Card           ☐ Oversized Photographs        ☐ Polaroid Photographs
        ☐   Battery in Card          ☐ Laminations/stickers         ☐ Padded/corrugated envelops
        ☐   Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
        ☐   Other Unauthorized Object:

☒   Mail that poses a threat to the safety and security of public officials or the general public
    [KAR 44-12-601 (d)(1)(B)].

    ☐   Addressed to a person who has filed an objection to receiving correspondence from you.
    ☒   Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐   The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐   The mail is unauthorized correspondence between offenders, including a former inmate
    [KAR 44-12-601 (d)(1)(D)].

    ☐   Included correspondence ( ☐ From /☐ To) a third party.

☒   The censored material/item is:

    ☒   Being held in the facility mailroom pending disposition and/or protest instructions.
    ☐   Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
        criminal prosecution and disposition and/or protest instructions.
    ☐   Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above. If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse                                                                        5/2/2025
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)    (Date)

Kansas Department of Corrections
Protest of Mail Censorship

Date of Notice: _5/2/25_                                          Tracking # _____

| Mail To: | Kansas Department of Corrections<br>Mail Censorship<br>714 SW Jackson, Ste. 300<br>Topeka, KS 66603 | From: | David Woodward<br>(Print name of Person Protesting)<br>L.C.F. A4-103<br>(Housing Unit or Address)<br>Lansing, KS 66043<br>(City, State, Zip, if Applicable) | 55044<br>(Inmate # if Applicable) |

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

Withholding this publication is in violation of my 1st amendment U.S. Constitution rights.
There is no way a TV Guide could be communications with a person under 18 yoa. Even
if such a person was pictured, there is no way I could correspond with them. How is a
TV guide a threat to anyone? I fully intend on filing a 42 U.S.C. 1983 regarding the mail rooms
actions - This lists TV programming for god's sake! By the time I get this is will be outdated.

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of
censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by
mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in
their entirety either mailed out at the expense of the inmate or discarded.

David Woodward                    David Woodward                    5/3/25
(Printed Name of Person Protesting)       (Signature of Person Protesting)       (Date)

**Request Disposition of Material/Items if Protest is not granted (Inmate Only)**

☐  I wish to have the censored material/item destroyed
☐  I wish to have the censored material/item mailed to the following person/address
   Name:      _____
   Address:   _____
   City, State, Zip   _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____      __/__/____
(Inmate Signature and Number)              (Date)

Secretary's Decision:  ☐ Protest Granted    ☒ Protest Denied   _____  5/13/25
                                                          (SOC/Designee)      (Date)

Disposition of censored Material/Item:
   Delivered to Inmate on __/__/____          Mailed on __/__/____          Destroyed on __/__/____
                        (Date)                         (Date)                        (Date)

_____      _____      __/__/____
(Printed Name of Person Responsible for Disposition)   (Signature of Person Responsible for Disposition)   (Date)

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:**  5/2/2025          **Submit protest by: 5/13/2025**          Destroy Date: 8/4/2025

Addressee:    David Woodward    55044    A4-103
             (Inmate Name) (KDOC #) (Housing Unit)

**RECEIVED**

**MAY 12 2025**

Sender: Name:        US Weekly
        Address:
        City, State, Zip

DOC Facility Management Area

has been censored (☒ in whole / ☐ in part). The grounds for this censorship are the reasonable belief that:

☐    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

   ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
        as described in KAR 44-12-903.
   ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
   ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
   ☐    Contains Contraband as described in KAR 44-12-902
        ☐   Postage stamps        ☐ Stickers/Adhesive Labels        ☐ Blank Sheets of Paper/envelops
        ☐   Oversized Card        ☐ Oversized Photographs          ☐ Polaroid Photographs
        ☐   Battery in Card       ☐ Laminations/stickers           ☐ Padded/corrugated envelops
        ☐   Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___ oz.
        ☐   Other Unauthorized Object:

☒    Mail that poses a threat to the safety and security of public officials or the general public
     [KAR 44-12-601 (d)(1)(B)].

        ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
        ☒    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐    The mail is unauthorized correspondence between offenders, including a former inmate
     [KAR 44-12-601 (d)(1)(D)].

        ☐    Included correspondence ( ☐ From / ☐ To) a third party.

☒    The censored material/item is:

        ☒    Being held in the facility mailroom pending disposition and/or protest instructions.
        ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
             criminal prosecution and disposition and/or protest instructions.
        ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse
(Printed Name of Person Issuing Censorship Notice)          (Signature of Person Issuing Censorship Notice)          5/2/2025
                                                                                                                    (Date)

Kansas Department of Corrections
Protest of Mail Censorship

Date of Notice: **5/2/25**    Tracking # _____

| | |
|---|---|
| Mail To: Kansas Department of Corrections<br>Mail Censorship<br>714 SW Jackson, Ste. 300<br>Topeka, KS 66603 | From: **David Woodward**<br>(Print name of Person Protesting)    **55044**<br>(Inmate # if Applicable)<br>**L.C.F. A4-103**<br>(Housing Unit or Address)<br>**Lansing, KS 66043**<br>(City, State, Zip, if Applicable ) |

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

Withholding this publication is a violation of my 1st amendment U.S. Constitution rights. US Weekly is a well known magazine available to the public for years. It does not pose a threat to anyone. Even if anyone under 18 is pictured, there is no way for exchange of communications between us. There is no nudity involved. I fully intend on filing a 42 USC 1983 in federal court protesting the mail room's actions

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the inmate or discarded.

David Woodward
_David Woodward_____    _David Woodward_____    **5/3/25**
(Printed Name of Person Protesting)    (Signature of Person Protesting)    (Date)

**Request Disposition of Material/Items If Protest is not granted (Inmate Only)**

☐ I wish to have the censored material/item destroyed
  I wish to have the censored material/item mailed to the following person/address
  Name: _____
  Address: _____
  City, State, Zip _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____    __/__/__
(Inmate Signature and Number)    (Date)

Secretary's Decision: ☐ Protest Granted  ☒ Protest Denied    _____    **6/3/25**
(SOC/Designee)    (Date)

Disposition of censored Material/Item:
Delivered to Inmate on __/__/____    Mailed on __/__/____    Destroyed on __/__/____
(Date)    (Date)    (Date)

_____    _____    __/__/__
(Printed Name of Person Responsible for Disposition)    (Signature of Person Responsible for Disposition)    (Date)