# Exhibit 6

# Censorship Notices from LCF Mailroom

**PROVISSIONALLY AND CONVENTIONALLY SEALED**