# Exhibit 7

# Censorship Appeals to Secretary of Corrections

**PROVISSIONALLY AND CONVENTIONALLY SEALED**