June 24, 2025

Kansas Department of Corrections
Mail Censorship
714 SW Jackson, Ste. 300
Topeka, KS 66603

RECEIVED

JUL 03 2025

DOC Facility Management Area

**Re: Notice of Mail Censorship**

To whom it may concern:

We are in receipt of your notice of censorship for the publication *Under Lock & Key* Issue 89 (hereafter "ULK") which was sent to one David Woodward #55044 residing at Lansing Correctional Facility. We make note here that this notice was filled out on 6/2/25 and we were not sent any notice ourselves. The notice we received was directly from Mr. Woodward, which arrived to us on 6/23/25. A copy of your notice is enclosed within.

First and foremost, we would like to remind you that it is both illegal and unconstitutional to not send us, the distributors in contact with Mr. Woodward, notice of censorship whenever you censor the materials we send to him. The unconstitutionality of this negligence has been well established by US courts over the last half century, including but not limited to cases such as *Montcalm Publishing Corporation v. Beck*, 80 F.3d 105 (4th Cir. 1996) and *Thornburgh v. Abbott*, 490 U.S. 401, 407-08 (1989) which have enshrined our right to correspond with prisoners and to be notified when this right is violated. Moreover, you are directly violating your own policies, namely KAR 44-12-601, which was put in place to protect the aforementioned right to correspondence, when you neglect to send us notice of censorship. We'll further note here that KAR 44-12-601 states explicitly that "notice of the censorship of correspondence by the facility shall be provided to the sender."

Secondly, we'd like to highlight the time limit of fifteen days to appeal censorship decisions as outlined in the enclosed notice. Given that you never notified us of the censorship in the first place (which, as mentioned above, is illegal), there is obviously no basis to uphold this time limit. Due to this, we expect you to fully consider the following appeal in accordance with your institutional policies and the law.

The listed reason for censorship is that the publication is allegedly "unauthorized correspondence with a person under the age of 18 years old." ULK is a political newspaper focusing broadly on news relevant to prisoners in the United States. There is nothing in it that could even be misconstrued as "correspondence" with an individual under 18 years of age. Given that this allegation is such an obvious and blatant lie, there is nothing to contend here. The mail room staff at LCF is obviously trying to punish Mr. Woodward for whatever personal grievances they have by violating his constitutional rights. That an institution such as yours pretends to uphold the ideal of justice while committing such illegal acts makes a mockery of the entire US judicial system.

We request the decision to withhold ULK 89 be immediately vacated and the publication be forwarded to Mr. Woodward. Failure to provide appropriate notice and adherence to your policies may result in legal action.

Please govern yourself accordingly.

Sincerely,

*Tristan Pierzynski*

Tristan Pierzynski, Legal Assistant
MIM Distributors

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:** 6/2/2025         **Submit protest by:** 6/9/2025         **Destroy Date:** 9/2/2025

Addressee: David Woodward  55044  A1-119
(Inmate Name) (KDOC #) (Housing Unit)

Sender: Name:      Under Lock & Key Newspaper
Address:
City, State, Zip

has been censored (☑ in whole / ☐ in part). The grounds for this censorship are the reasonable belief that:

☐ The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

☐ Contains Dangerous Contraband, as described in KAR 44-12-601, 44-12-901, or Tobacco Contraband as described in KAR 44-12-903.
☐ Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
☐ Contains Sexually Explicit Materials as described in KAR 22-12-313
☐ Contains Contraband as described in KAR 44-12-902
   ☐ Postage stamps        ☐ Stickers/Adhesive Labels    ☐ Blank Sheets of Paper/envelops
   ☐ Oversized Card        ☐ Oversized Photographs       ☐ Polaroid Photographs
   ☐ Battery in Card       ☐ Laminations/stickers        ☐ Padded/corrugated envelops
   ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
   ☐ Other Unauthorized Object:

☑ Mail that poses a threat to the safety and security of public officials or the general public [KAR 44-12-601 (d)(1)(B)].

   ☐ Addressed to a person who has filed an objection to receiving correspondence from you.
   ☑ Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐ The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐ The mail is unauthorized correspondence between offenders, including a former inmate [KAR 44-12-601 (d)(1)(D)].

   ☐ Included correspondence ( ☐ From / ☐ To) a third party.

☑ The censored material/item is:

   ☑ Being held in the facility mailroom pending disposition and/or protest instructions.
   ☐ Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal prosecution and disposition and/or protest instructions.
   ☐ Bodily substance or biohazard material has been destroyed.

The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above. **If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).**

J.Crouse
(Printed Name of Person Issuing Censorship Notice)     (Signature of Person Issuing Censorship Notice)     6/2/2025
(Date)

# Kansas Department of Corrections
## Protest of Mail Censorship

Date of Notice: __/__/____

Tracking # _____

| Mail To: Kansas Department of Corrections<br>Mail Censorship<br>714 SW Jackson, Ste. 300<br>Topeka, KS 66603 |
|---|

From: _____
(Print name of Person Protesting)    (Inmate # if Applicable)

_____
(Housing Unit or Address)

_____
(City, State, Zip, if Applicable)

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

_____
_____
_____
_____

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the inmate or discarded.

_____     _____     __/__/____
(Printed Name of Person Protesting)    (Signature of Person Protesting)    (Date)

### Request Disposition of Material/Items If Protest Is not granted (Inmate Only)

☐ I wish to have the censored material/item destroyed
☐ I wish to have the censored material/item mailed to the following person/address
Name: _____
Address: _____
City, State, Zip _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____     __/__/____
(Inmate Signature and Number)    (Date)

Secretary's Decision: ☐ Protest Granted    ☐ Protest Denied _____  __/__/____
                                                            (SOC/Designee)    (Date)

Disposition of censored Material/Item:
Delivered to Inmate on __/__/____     Mailed on __/__/____     Destroyed on __/__/____
            (Date)                      (Date)                    (Date)

_____     _____     __/__/____
(Printed Name of Person Responsible for Disposition)    (Signature of Person Responsible for Disposition)    (Date)