

714 SW Jackson, Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
Email: kdocpub@doc.ks.gov
www.doc.ks.gov

Ray Roberts, Secretary

Sam Brownback, Governor

## MEMORANDUM

DATE:       July 25, 2014

TO:         Warden Heimgartner
            El Dorado Correctional Facility

FROM:       Douglas W. Burris
            Corrections Manager- Risk Management

SUBJ:       0055044 WOODWARD, DAVID
            Attached unnumbered grievance

We received the attached unnumbered grievance report form from the above noted inmate. We noted that there is no evidence that the inmate has sought assistance from staff at the facility regarding this complaint.

In compliance with K.A.R. 44-15-102 (c) (4), we are forwarding this to you for response to the inmate. On this date, we advised the inmate of our action regarding this complaint.

Thank you for your assistance with this matter.

Enclosure-original grievance report form.

Image:  SOCRESP
        w/attachments



**Kansas**
Department of Corrections

Landon State Office Building
900 SW Jackson, 4th Floor
Topeka, KS 66612

Phone: (785) 296-3317
Fax: (785) 296-0014
Email: kdocpub@doc.ks.gov
www.doc.ks.gov

Ray Roberts, Secretary

Sam Brownback, Governor

July 25, 2014

TO:    0055044 WOODWARD, DAVID

El Dorado Correctional Facility

RE:    Unnumbered Grievance Report

I am writing to you in response to your unnumbered grievance report form that we received.

K.A.R. 44-15-101(b) and K.A.R. 44-15-102(a) require an inmate to seek information, advice, or assistance from the unit team before filing a formal grievance. K.A.R. 44-15-101(d) and K.A.R. 44-15-102(b) require an inmate to file a formal grievance with the principal administrator of the facility before appealing to the Secretary.

You have failed to provide any evidence that you have complied with both of the above requirements. The content of your grievance form reflects no evidence that you have conferred with your unit team about the matters raised therein. Also, you have provided no evidence that you filed your grievance with the principal administrator before pursuing an appeal with the Secretary.

In accordance with K.A.R. 44-15-102 (c) (4), we are forwarding your grievance to the warden of the correctional facility where you are housed. If you have further questions regarding this matter, we would suggest that you contact your unit team.

Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management

cc:    Warden Heimgartner
w/attachments
Image: SOCRESP
w/attachments

**DEPARTMENT OF CORRECTIONS**

900 S.W. Jackson Street, 4th Floor ● Topeka, Kansas 66612-1284 ● Tel: (785) 296-3317 ● Fax: (785) 296-0014

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: __David Woodward__    Facility: __Oswego Corr. Fac__

Inmate Number: __55044__    Grievance Serial No. _____

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.) First grievance Filed 7/7/14 – no response by  "    " .

MAIL TO:    Secretary of Corrections    Date Mailed: __7/22/14__
Landon State Office Building
900 Jackson, 4th Floor
Topeka, Kansas 66612

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

Either require response to first grievance or resolve this matter for purpose of filing K.S.A. 60-1501 petition if necessary.

David Woodward
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned within 20 days)
If applicable - Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

Finding of Fact:

RECEIVED
JUL 25 2014
DOC Facility Management Area

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**
Type of Response (Item 6b:  Code    Ø1,   Ø2,   Ø8   or   Ø9)  __ __

DC  Ø9Ø, Effective May 1, 1988

P-157a

7/21/14

## Grievance

On Jul. 3, 2014, three books ordered from a vendor Edward R. Hamilton Bookseller Co. were censored and seized by the mail room clerk M. Moses. The reason given for the seizure fell under IMPP 11-115, section VI, part B as being contact with minors, having photos of them by mail. A protest was filed by me, therefore the seizure itself is not grievable. However, violation of KAR 44-12-601 by staff is grievable as well as discriminatory practices by staff. M. Moses has in fact committed an unlawful act in respect to both.[1]

IMPP 11-115 is basically related to sex offenders. It is based however on KAR 44-12-601 applying to all offenders. Since KAR's are considered in the same category as KSA's in the legal system[2], they are binding even to employees of correctional facilities. On 7/10/14, I gave notice by form 9 that M. Moses did not send notice to either the sender of the 3 books seized and the reason thereof nor to the publisher.[3] I received no response.

Prior to this, on 7/7/14, I filed the first grievance regarding M. Moses violating both KAR 44-12-601 and also transcending her authority under IMPP 11-115 whereas she misused this by considering publications as contact with minors wherein it is not.[4]

2.

Secondly, under IMPP 11-115, these books did not meet the nudity or sexually explicit content to be censored under either IMPP 11-115 or KAR 44-12-601. In this respect M. Moses has committed an unlawful act in seizing these publications.

The first grievance filed on 7/7/14 nor the form 9 filed on 7/10/14 were responded to by Unit Team or Unit Team Manager. The 10 days for responses to grievances expired on 7/18/14 (not counting weekends). However for legal purposes, this second grievance is filed for the specific purpose of citing to an unlawful act by staff for violation of KAR 44-12-601 as well as abuse of authority in over reaching the purpose of IMPP 11-115. The seizure of the books is merely incidental and is a seperate action.

The second part of this grievance deals with singling me out (discriminating) in seizing publications containing pictures of minors. I personally have observed other minors being pictured on an "Angel Tree" poster posted on the day room bulletin board and also in magazines being allowed to other offenders as well as in newspapers and advertisements in these newspapers. Contact with minors is not limited to sex offenders. If M. Moses stipulates "contact" to include pictures of minors in publications, then all such publications must be seized by her if

3.

they contain any minor pictured in them as she did with my books.

Again KAR 44-12-601 and IMPP11-115 (which deals primarily "sex offenders") only prohibit nudity and sexually explicit materials. Under the definitions of both, none of the pictures in my books are either one. M. Moses has transcended her authority under both KAR 44-12-601 and IMPP11-115. In the act of seizing my books and not seizing other publications and posters having pictures of minors on them she has violated both my first and fourteenth amendment rights to the United States Constitution. This is actionable under K.S.A. 60-1501.[6]

David Woodward
David Woodward 55044
7/21/14

Footnotes:

[1]  Murphy v. Nelson, 260 Kan. 589 (1996)

[2]  Murphy v. Nelson, 260 Kan. 589 (1996)

[3]  K.A.R. 44-12-601(d)(2)(B)

[4]  IMPP11-115 ie. communication with, physical touching or contact via  Contact =
third party or connecting with by mail correspondence.

[5]  K.A.R. 44-12-601; K.A.R. 44-12-313

[6]  Rice v. State, 278 Kan. 309 (2004); Mahan v. Maschner, 11 Kan. App. 2d 128 (1986); Pell v. Procunier, 417 U.S. 817 (1974)

Grievance of seized books; Viol. KAR 44-12-601    IMPP 11-115    280

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name DAVID WOODWARD    Number 55044

Receiving Staff Signature A Spradling CCI    Date 07/07/2014

Effective Date (3-18-96) P-157

(Censorship of Books)

INMATE REQUEST TO STAFF MEMBER

Notice: Failure to notify sender & publisher
K.A.R. 44-12-601

To: Administration / Mail Room    Date: 7/10/14

(Name and Title of Officer or Department)

CSI    spen 7/10/17
Unit Team Member Signature    1845

**To be retained by Inmate**

Reg. censorship of all publications
containing pictures of minors

INMATE REQUEST TO STAFF MEMBER

14th Amend. Discriminatory practices
by M. Moses, Mail room

To: Mr. Spradling Unit Team    Date: 7/17/14

(Name and Title of Officer or Department)

COI Marker
Unit Team Member Signature

**To be retained by Inmate**



714 SW Jackson, Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
Email: kdocpub@doc.ks.gov
www.doc.ks.gov

Ray Roberts, Secretary

Sam Brownback, Governor

August 27, 2014

TO:     0055044 WOODWARD, DAVID

El Dorado Correctional Facility

RE:     Invalid Grievance

I received your correspondence that included an unnumbered grievance.

KAR 44-15-101 (a)(d)(2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

**Your complaint is clearly about the procedure for censorship. KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.**

Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management

cc:     Warden Heimgartner
        w/attachments
Image:  SOCRESP
        w/attachments

**DEPARTMENT OF CORRECTIONS**

900 S.W. Jackson Street, 4th Floor • Topeka, Kansas 66612-1284 • Tel: (785) 296-3317 • Fax: (785) 296-0014

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: David Woodward          Facility: O. C. F. (EDCF- SEU)

Inmate Number: 55044          Grievance Serial No. KAR 44-15-101

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Secretary of Corrections          Date Mailed: 8|19|14
           Landon State Office Building
           900 Jackson, 4th Floor
           Topeka, Kansas 66612

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

This matter currently being reviewed by the Laberre County Dist. Court under K.S.A. 60-1501, First and 14th Amendment violations. Was sent to the court after my protest was denied by Doug Burris, as the Secretary designee. Yet to be assigned a case # and attorney.

David Woodward

Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned within 20 days)
If applicable - Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

---

Type of Response (Item 6b: Code   Ø1,   Ø2,   Ø8   or   Ø9) __ __

**For D.O.C. Staff Use Only**

RECEIVED
AUG 2 5 2014
DOC Facility Management Area

DC Ø9Ø, Effective May 1, 1988

P-157a





El Dorado Correctional Facility
1737 SE Highway 54
PO Box 311
El Dorado, KS 67042

# Kansas
Department of Corrections
*El Dorado Correctional Facility*

Phone: (316) 321-7284
Fax:  (316) 322-2018

Ray Roberts, Secretary
James Heimgartner, Warden

Sam Brownback, Governor

**Date:**   AUG 1 1 2014

**TO:** I/M Woodward, David  #55044  SE Unit V2-280

**Regards To:**  Grievance Concerning:  K.A.R. 44-15-101a (d) (2) Grievance
Procedures and Alternative K.A.R and/or I.M.P.P

According to KAR 44-15-101a (d) (2):  The grievance procedure shall not be used in any way as a substitute for, or as part of; the inmate disciplinary procedure, the classification-making process, or the property loss or personal injury claims procedure. The grievance system shall not challenge the decision of these other procedures.

However, the correct procedures are:
➢ Disciplinary Reports-K.A.R. 44-13-701 et seq.
➢ Classification Decision Making- I.M.P.P. 11-106 section V.
➢ Property Loss-K.A.R. 44-16-102 and I.M.P.P. 01-118
➢ Personal Injury-K.A.R. 44-16-104a and I.M.P.P. 01-118
➢ **Censorship-I.M.P.P. 12-134**

Furthermore, as stated in K.A.R. 44-15-102 (G)(C)(1):  "If the warden's answer is not satisfactory, the inmate may appeal to the secretary's office by indicating on the grievance appeal form exactly what the inmate is displeased with and what action the inmate believes the secretary should take.  The inmate's appeal shall be made within three calendar days of receipt of the warden's decision or within three calendar days of the deadline for that decision, whichever is earlier.

James Heimgartner – Warden
El Dorado Correctional Facility

Cc:  Inmate
Unit Team Manager
File

SE Unit V2-280

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**   RECEIVED JUL 2 1 2014

Inmate's Name __David Woodward__   Number __55044__

Facility __O.C.F.__   Housing Unit __V280__   Work Detail __L/I__

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

Please see 3 pages attached

Date this report was given to Unit Team for informal resolution (to be completed by inmate). __7/21/14__

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See Memo dated 7/28/14 for unit team response. —

UTM MJ   7/28/14

Unit Team Signature   Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). __7-29-14__

David Woodward   __7/29/14__

Inmate Signature   Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received __AUG 5   2014__   Date of Final Answer __AUG 1 1 2014__   Date Returned to Inmate __AUG 1 9 2014__

BA Mahaffey   8-19-14

Inmate's Signature   Date   Unit Team Signature   Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number

Type of Complaint (Item 4: Code 01-75)

Cause of Complaint (Item 5: Code 01-30)

Type of Response (Item 6a: Code 01,02,08 or 09)

KAR 44-15-101
Censorship
issues

RECEIVED
AUG 5 - 2014
Wardens Office

## Grievance

On Jul. 3, 2014, three books ordered from a vendor Edward R. Hamilton Bookseller Co. were censored and seized by the mail room clerk M. Moses. The reason given for the seizure fell under IMPP 11-115, section VI, part B as being contact with minors, having photos of them by mail. A protest was filed by me, therefore the seizure itself is not grievable. However, violation of KAR 44-12-601 by staff is grievable as well as discriminatory practices by staff. M. Moses has in fact committed an unlawful act in respect to both.[1]

IMPP 11-115 is basically related to sex offenders. It is based however on KAR 44-12-601 applying to all offenders. Since KAR's are considered in the same category as KSA's in the legal system[2], they are binding even to employees of correctional facilities. On 7/10/14, I gave notice by form 9 that M. Moses did not send notice to either the sender of the 3 books seized and the reason thereof nor to the publisher.[3] I received no response.

Prior to this, on 7/7/14, I filed the first grievance regarding M. Moses violating both KAR 44-12-601 and also transcending her authority under IMPP 11-115 whereas she misused this by considering publications as contact with minors wherein it is not.[4]

2.

Secondly, under IMPP 11-115, these books did not meet the nudity or sexually explicit content to be censored under either IMPP 11-115 or KAR 44-12-601. In this respect M. Moses has committed an unlawful act in seizing these publications.

The first grievance filed on 7/7/14 nor the form 9 filed on 7/10/14 were responded to by Unit Team or Unit Team Manager. The 10 days for responses to grievances expired on 7/18/14 (not counting weekends). However for legal purposes, this second grievance is filed for the specific purpose of citing to an unlawful act by staff for violation of KAR 44-12-601 as well as abuse of authority in over-reaching the purpose of IMPP 11-115. The seizure of the books is merely incidental and is a seperate action.

The second part of this grievance deals with singling me out (discriminating) in seizing publications containing pictures of minors. I personally have observed other minors being pictured on an "Angel Tree" poster posted on the day room bulletin board and also in magazines being allowed to other offenders as well as in newspapers and advertisements in these news-papers. Contact with minors is not limited to sex offenders[5] If M. Moses stipulates "contact" to include pictures of minors in publications, then all such publications must be seized by her if

3.

they contain any minor pictured in them as she
did with my books.

Again KAR 44-12-601 and IMPP11-115 (which
deals primarily "sex offenders") only prohibit nudity
and sexually explicit materials. Under the definitions
of both, none of the pictures in my books are either
one. M. Moses has transcended her authority under
both KAR 44-12-601 and IMPP11-115. In the
act of seizing my books and not seizing other
publications and posters having pictures of minors
on them she has violated both my first and
fourteenth amendment rights to the United States
Constitution. This is actionable under K.S.A. 60-1501.[6]

David Woodward

David Woodward 55044

7/21/14

Footnotes:
1.
    Murphy v. Nelson, 260 Kan. 589 (1996)
2.
    Murphy v. Nelson, 260 Kan. 589 (1996)
3.
    K.A.R. 44-12-601(d)(2)(B)
4.
    IMPP 11-115 ie. communication with, physical touching or contact via
                    third party or connecting with by mail correspondence.
5.
    K.A.R. 44-12-601; K.A.R. 44-12-313
6.
    Rice v. State, 278 Kan. 309 (2004); Mahan v. Maschner, 11 Kan. App. 2d
    128 (1986); Pell v. Procunier, 417 U.S. 717 (1974)

Grievance of seized books; Viol. KAR 44-12-601    IMPP 11-115    280

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name DAVID WOODWARD              Number 55044

Receiving Staff Signature _Spradling CCI_    Date 07/07/2014

**Effective Date (3-18-96) P-157**

---

(Censorship of Books)

INMATE REQUEST TO STAFF MEMBER
Notice: Failure to notify sender & publisher
K.A.R. 44-12-601

To: _Administration / Mail Room_           Date: _7/10/14_
(Name and Title of Officer or Department)

_CSI_ _____ seen 7/10/14
Unit Team Member Signature        1945

**To be retained by Inmate**

---

Reg. censorship of all publications
containing pictures of minors
INMATE REQUEST TO STAFF MEMBER
14th Amend. Discriminatory practices
by M. Moses, Mail room

To: _Mr. Spradling Unit Team_           Date: _7/17/14_
(Name and Title of Officer or Department)

_COI Marker_
Unit Team Member Signature

**To be retained by Inmate**



El Dorado Correctional Facility
1737 SE Highway 54
PO Box 311
El Dorado, KS 67042
Phone: (316) 321-7284

**Kansas**
Department of Corrections
*El Dorado Correctional Facility*

Oswego Correctional Facility
EDCF SE Unit
2501 7th Street
Oswego, KS 67356
Phone: (316) 322-2045

Ray Roberts, Secretary
James Heimgartner, Warden

Sam Brownback, Governor

**To:**     Woodward, David #55044 (V2-280)         **Date:**   July 28, 2014

**Subject:**   Formal grievance received 7/21/14 regarding         **From:**   UTM Miller
book seizure                                        Oswego Correctional Facility

Your formal grievance dated July 21, 2014 was received by unit team on July 21, 2014.

After investigating your claim, you cannot grieve Ms. Moses who reviewed the books. You were given the opportunity to protest this seizure to the Secretary of Corrections. Please utilize this avenue not the formal grievance process.

According to KAR 44-15-101a (d) (2): *The grievance procedure shall not be used in any way as a substitute for, or as part of; the inmate disciplinary procedure, the classification-making process, or the property loss or personal injury claims procedure. The grievance system shall not challenge the decision of these other procedures.*
     However, the correct procedures are:
➢ Disciplinary Reports-K.A.R. 44-13-701 et seq.
➢ Classification Decision Making- I.M.P.P. 11-106 section V.
➢ Property Loss-K.A.R. 44-16-102 and I.M.P.P. 01-118
➢ Personal Injury-K.A.R. 44-16-104a and I.M.P.P. 01-118
➢ Censorship-I.M.P.P. 12-134

UTM Miller
Oswego Correctional Facility

CC: UT grievance file

7/28/14

To: Warden EDCF
Re: Unlawful conduct by M. Moses and
    discriminatory practices by M. Moses.

The unit team manager is treating this
grievance in the context I am grieving the
seizure of the 3 books by M. Moses. That
is not the case. I am specifically grieving
and making a formal complaint M. Moses
has violated K.A.R. 44-12-601, over reaching
her authority by an unlawful act.
    Also M. Moses has committed a discriminatory
act in censoring material which do not qualify
under IMPP 11-115, K.A.R. 44-12-601 and
K.A.R. 44-12-313 to be censored. This is a
direct violation of my 1st and 14th amendment
rights under the U.S. Constitution to have
access to information of a non-sexual nature.
In retrospect, all material coming into any
institution having pictures of minors must
be likewise censored and seized. Other
offenders receive pictures of minors in publica-
tions such as magazines, newspapers and
other printed material. If I am not allowed
such material, no offender should be allowed.
                    David Woodward 55044

# Grievance-Response on Appeal

**FACILITY:**        **El Dorado Correctional Facility**

**INMATE:**          **0055044 WOODWARD, DAVID**

**GRIEVANCE NO.:  CA00020079**

**DATE:**            **July 14, 2016**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.

**Douglas W. Burris**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Heimgartner
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _David Woodward_     Facility: _EDCF_

Inmate Number: _55044_     Grievance Serial No. _20079_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Secretary of Corrections      Date Mailed: _7/11/16_
          Landon State Office Building
          900 Jackson, 4th Floor
          Topeka, Kansas 66612

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

1 First IMPP 11-115A part 3 is not posted so as to even know about it. I was unaware of it's existence until June 2016. 2. This particular part of this IMPP is in violation of the first amendment as almost all newspapers, magazines and some books have pictures of minors. You have no definitive proof what is sexually stimulating unless one is engaged in a sex act. Mere possession of pictures of minors is not included in KAR 44-12-313. Prohibiting me reading or looking at material just because a minor is pictured is over broad and violates the first amendment. US Const. Amend I. Over →

Signature of Inmate _David Woodward_

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned within 20 days)
If applicable - Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____     Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

### RECEIVED

Action Taken:      JUL 14 2016

        DOC Facility Management Area

_____
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**
Type of Response (Item 6b: Code   Ø1,   Ø2,   Ø8   or   Ø9)   __ __

DC Ø9Ø, Effective May 1, 1988

You cannot use a policy to override, circumvent or add to a legislative regulation. IMPP 11-115A does not conform with KAR 44-12-313 since you have added to this regulation increasing the definition of sexually explicit material as set out by the legislature. I challenge this IMPP on this ground. Otherwise you will have to make a facility just to house sex offenders.



**Kansas**
Department of Corrections
*El Dorado Correctional Facility*

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
Email: kdocpub@doc.ks.gov
www.doc.ks.gov

Joe Norwood, Secretary of Corrections
James Heimgartner, Warden

Sam Brownback, Governor

**To:**       Offender Woodward, David           **Date:**  JUL 7    2016
              #55044  G103

**Subject:**  Grievance #20079

Your grievance dated 6/21/16  was received in my office July 5, 2016.

I have reviewed your complaint along with the response provided by UTM J. Perkins.
Based on my review, I feel no further action is necessary.

As stated in K.A.R. 44-15-102 (G)(c)(1): "If the warden's answer is not satisfactory, the offender may
appeal to the secretary's office by indicating on the grievance appeal form exactly what the offender is
displeased with and what action the inmate believes the secretary should take.  The offender's appeal
shall  be made within three calendar days of receipt of the warden's decision, or within three calendar
days of the deadline for that decision, whichever is earlier.

James Heimgartner, Warden
El Dorado Correctional Facility

Cc:  File
     Offender
     UTM J. Perkins – G ch
     EDCF EAI

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name _David Woodward_    Number _55044_

Facility _EDCF_    Housing Unit _G103_    Work Detail _Library_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

Re the response to my informal resolutions (2 form 9 attached). Mr. Sapien has avoided the issue of introduction of contraband by EDCF employees and staff. If pictures of children are not allowed, then this is contraband by definition. IF it is delivered to my door and provided to me I am going to see what I've been given. You all gave it to me. It is present in newspapers, magazines and books. You made it available, I didn't, by handing it to me or having it present within the facility to look at.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _6/21/16_

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Response attached

_Perkins_ UTM 6/27/16

Unit Team Signature                    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _6/28/16_

_David Woodward_                    _6/28/16_

Inmate Signature                    Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received __JUL 5  2016__  Date of Final Answer __JUL 7  2016__  Date Returned to Inmate __7/11/16__

_David Woodward_    _7/11/16_

Inmate's Signature    Date    Unit Team Signature    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number  _CA20079_

Type of Complaint (Item 4: Code 01-75)  _07_

Cause of Complaint (Item 5: Code 01-30)  _21_

Type of Response (Item 6a: Code 01,02,08 or 09)  _08_

RECEIVED

JUL 5 - 2016

Wardens Office

_mail_

INMATE REQUEST TO STAFF MEMBER

To: _____          Date: _____
  (Name and Title of Officer or Department)

_____
  Unit Team Member Signature                    **To be retained by Inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____         _Woodward_
Interview Requests                                    Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

                                                      _SS044_
                                                        **Number**

**INMATE REQUEST TO STAFF MEMBER**

To: _Unit Team EDCF_          Date: _6/16/16_
  (Name and Title of Officer or Department)
  State completely but briefly the problem on which you desire assistance. (Be specific.)

Per IMPP 11-115A 3(A) this facility is introducing contraband through magazines and newspapers in it's inmate library and spiritual life center religious material in that these items picture children. The facility aids and abetts sex offenders to violate IMPP 11-115A 3(A) by having these magazines, books and newspapers readily available to be checked out and possess, view and read.

Work Assignment: _Library_          Living Unit Assignment: _G1B_

Comment: _Informal resolution_          Unit Team Members Signature: _CCI R. M____
_to grievance (Your IMPP states all inmates are to be treated equally - why hasn't_

Disposition: _all sex offenders been written up for K.A.R. 44-12-313 for having access to pictures of children?)_

_____
_____
_____

To: _____          Date: _6/20/2016_
  (Name & Number)

Disposition: _Knowing what your the crime(s) of conviction is/are, be responsible enough to not view these type of publications. No one is forcing you to check the publications to read or look at. Other sex offenders do not appear to be needing held accountable at this time._

_____
  Employee's Signature                    **To be returned to inmate.**

P-0009b



**Kansas**
Department of Corrections
*El Dorado Correctional Facility*

P.O. Box 311
El Dorado, KS 67042

Phone: (316) 321-7284
Fax: (316) 322-2018
kdocpub@doc.ks.gov
www.doc.ks.gov/facilities/edcf

Joe Norwood, Secretary
James Heimgartner, Warden

Sam Brownback, Governor

**To**: Woodward, David #55044                    **Date**: June 27, 2016

**Subject**: Introduction of Contraband            **From**: J. Perkins, UTM G-CH

Facts:
This grievance pertains to publications containing minors

**Conclusion:**

The KDOC houses numerous offenders with various crimes of convictions. We do allow specific approved publications to enter into our facilities for different offenders and purposes.

The IMPP's and the Inmate Rule Book are established rules and regulations of the KDOC that advise all offenders of our expectations while you are incarcerated.

Being that you are classified as a Sexual Offender, it is your responsibility to read these publications and to know what you can and cannot have in your possession.

**The policy states:**
Sexually Explicit Materials: Any material that describes or depicts human nudity, exploitation of children, consensual sex acts, non-consensual sex acts involving force or violence, or **any other material deemed to be sexual stimulating (by the provider, unit team or parole)** including, but not limited to, the following forms: hard copy **(e.g., magazine, photo, etc.);** computer programs, computer links, computer social networking sites, photographs, drawings, video/audio tapes, CDs/DVDs, flash drives, cell phones or any digital storage device containing photographs displaying nudity, magazines, books, literature, writings. *Sexually stimulating material may look different for each offender* (e.g., an offender is aroused by cartoon characters, feet, etc.)  IMPP 11-115a

Action Taken:
No further action will be taken.

J. Perkins   G Cell House
Unit Team Manager