Attachment A, IMPP 01-113
Effective 04-08-13
P-0027

# Kansas Department Of Corrections
## INCIDENT REPORT

DATE: 8-24-20

FACILITY OR PAROLE REGION: LCF-Central

UNIT (If Applicable): A-6

Time Report Submitted: 0137 on 8/25/20   REPORT #: IR 01-21-0140

WHAT HAPPENED: (Briefly describe the incident.) Inmate Williams #105675 seen his cellmate Woodward, #55044 looking at child porn. Inmate Williams requested being moved to a different cell.

WHEN: Time 2254 AM/PM   Date: 8-24-20
WHERE: A6 Cell 111

WHO WAS INVOLVED: (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.) The R/O, including any narrative report writer, must include their State-issued ID number. A reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/STATE ID NUMBER | V,P,W, | E-I | FULL NAME | INMATE/STATE ID NUMBER | V,P,W, | E-I |
|---|---|---|---|---|---|---|---|
| Jeremy Williams | 105675 | W | I | | | | |
| David Woodward | 55044 | P | I | | | | |
| | | | | | | | |

HOW DID IT HAPPEN: (Method of Operation-M.O.) Unknown

WHY DID IT HAPPEN: (State Motive or cause) Unknown

Description Of Weapon Or Evidence Found: N/A
Was Search Of Area Made? X Yes _ No by Whom: CO II Fryman and CO I Moss
Were Still Photographs Taken? _ Yes X No by Whom: N/A
Was a Videotape Made? _ Yes X No by Whom: N/A
Evidence and/or Photographs/Videotape Turned Over To: N/A
Was A Follow-Up Investigation Initiated? _ Yes X No

COMMENTS: (Attach additional pages as necessary.) Captain Kivley was notified, Inmate Williams moved to A6-226. CO II Fryman and CO I Moss searched cell A6-171 with negative results.

RELATED REPORTS COMPLETED: (Check all that apply and attach a copy.)
Disciplinary _ Yes X No   Use of Force _ Yes X No   Wanted For Escape _ Yes X No
Admin. Seg./Protective Custody _ Yes X No   Other Admin. Seg. _ Yes X No
Placement in County Jail ___ Yes X No   Other Narratives X Yes _ No  PC Waivers on both inmates

NAME OF OFFICER FILING REPORT:
Signature: [signature]
State ID Number: K0000171712
Printed Full Name: Larry Fryman Jr
Date: 8-24-20

NAME OF REVIEWING SUPERVISOR:
Signature of Supervisor: Robinson, LT
State ID Number: K176185
Printed Full Name: Angela Robinson
Date: 8/25/20

Form #01-113-001   Doc Type L3-INCRPT