Page 1 of 3, Attachment L1, IMPP 11-119
Effective: 12-11-2013

# DISPOSITION AND HEARING RECORD

**Resident NAME & NO: WOODWARD, DAVID  55044**

*A4/03*

| FACILITY  LCF | | CASE NO: | HEARING: DATE | *4-10-25* |
|---|---|---|---|---|
| CHARGING | LCF_Max | **5778** | TIME: | *113* |
| HEARING | LCF | | | |

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|---|---|---|---|---|---|
| **313E** | **I** | _____ | _____ | ☑G ☐N/G ☐NC | ☑G ☐N/G ☐ DISM. |
| Reason: | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason: | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason: | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM |
| Reason: | | | | | |
| _____ | ___ | _____ | _____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐ DISM. |
| Reason: | | | | | |

☐ Reporting Officer Sworn In / Affirmed        ☐ Notarized Testimony Read into the Record

**Staff Testimony / Cross Examination (Attach Testimony)**

☐ **Resident Sworn in / Affirmed**

☐ **Hearing held Inabsentia**    Reason_____

                                    **Staff Assistant Assigned:** _____

                        ☐ **Resident Not Sworn In/Affirmed**        Explain_____

_____

**Resident Testimony / Cross Examination (Attach Testimony)**

Max  WED2  0500 sS

WOODWARD, DAVID  55044   5778                                    **A4103**
Page 2 of 3, Attachment L2, IMPP 11-119
Effective: 12-11-2013

---

☐ **Witness(es) Sworn In/Affirmed**  _____   _____

_____   _____   _____

**Witness(es) Testimony / Cross Examination  (Attach Testimony)**

---

**Closing Statement(s):  (Attach Arguments)**

**If applicable include Resident testimony/ arguments on restitution**

---

Sanction(s):  _3 ı 7 - 10 P/S  S/S  12 o    1s  P/-G T_

Reason for Sanctions:  _see prev_

Disposition of Evidence:  _N/A_

---

☐   **Resident advised of right to Appeal,   Have Resident Initial**  _____

---

HEARING OFFICER SIGNATURE _csrl_                                      DATE _4-10-23_

---

**FINAL ACTION BY FACILITY WARDEN:**
☒ **APPROVED**
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING  ☐ REDUCE TO SUMMARY JUDGMENT
☐ AMEND THE CHARGE                                            - restriction from privileges up to 10 days
☐ DISAPPROVE/DISMISS          **RECEIVED**          - fine not exceed $10.00
☐ REDUCE THE PENALTY                                        - extra work w/o incentive pay for no more
☐ SUSPEND ALL OR PART OF SENTENCE   **JUN 2 3 2025**        than 2 hrs/day no more than 5 days
☐ REMAND NEW HEARING                                        - work w/o incentive pay not to exceed 5 days
☐ CLARIFICATION OF RECORD         Lansing Correctional Facility   - restitution not less than $3.00
                                             Disciplinary                    or more than $20.00
Comments:  _____

_Kimberly Belfeld_                                    _5|27|25_
**WARDEN/DESIGNEE SIGNATURE**                        DATE

---

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

_David Woodward_                                    _6/17/25_
Resident SIGNATURE                                      DATE
I served a copy of the Hearing Record

_David CUTM Rawler_                                 _6-17-2025_
STAFF SIGNATURE                                          DATE

---

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.

Attachment B, IMPP 11-119
Effective: 12-11-13

## DISCIPLINARY REPORT

LCF
_____
(FACILITY)

| | | | | |
|---|---|---|---|---|
| Case No. **5778** | Date of Alleged Violation: | 4/2/25 | Time: 0730 | ⊙ A.M. / ○ P.M. |
| Date This Report Written: 4/3/25 | | | Time: 0500 | ⊙ A.M. / ○ P.M. |

Name of Inmate: Woodward, Davis L                      No. 55044          Cell No: INF DC009
                     LAST              FIRST           MI

Duty Assignment: P/I

Alleged Violation of Law or Rule (*Identify by Code No., Short Title, and Class*) 44-12-313 Sexualy explicit materials, Class 1

FACTS: On 4/2/25 I, COII H Shaw, was searching resident Woodward, 55044, property in the property department. While searching his property I found a small box of papers. Inside the box of papers were manilla envelopes that were altered to have a false side. Inside the envelopes there was hidden hand made sexualy explicit materials. Resident Woodward 55044 had made these sexualy explicit materials out of magazine clippings and glue. Resident Woodwar 55044 is in violation of 44-12-313 1,2, A/B/D, (c) and (e). This is a class 1 offence. The materials were immediately confiscated and secured as evidence.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses: COI B. Garrison                      (Signature) _COII Holly Shaw_
_____                     COII Holly Shaw, Property OIC
_____                     Printed Name and Title of Employee Writing Report
_____
                                       Approved by: _K. Barber_
                                       (Shift Supervisor, Unit Team Manager & Title)

.I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 4/3/25                     Signature _COII Shaw_

I received a copy of this report on _4/6/25_, _(0321)_, refused to sign copy given
                     (Date)    (Time)          (Inmate Signature & No)
I served a copy of this report _4/6/25_, _(0321)_, COI Kamphefner MK
                     (Date)    (Time)          (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.

313L - (6 0 /5 5'9 377426
:— —. . ≥      /5 DLG.t  ImP

Attachment K, IMPP 11-119
Effective: 12-11-13
P-1528n

**PLEA OF: ☑ GUILTY ☐ NO CONTEST BY INMATE**

| | |
|---|---|
| **CASE #** | _577 8_ |

**NAME:** _Woodward_    **NUMBER:** _55044_

**HEARING DATE:** _4-10-25_    **HEARING OFFICER:** _CS__

**RULE VIOLATION(S):** _3,3 E_

## WAIVER:

(To be read to inmate)
☑ YES   ☑ NO

Inmate's
Initials

| | | | | |
|---|---|---|---|---|
| ☑ | ☐ | 1. | Do you understand the charges against you? | _signature_ |
| ☑ | ☐ | 2. | Do you understand the penalty or penalties the Hearing Officer may set for the rule violation(s) you are pleading to? (If answer is "NO", read the penalties for each violation from rule book.) | _signature_ |
| ☑ | ☐ | 3. | Do you understand that with your plea, that you may be able to appeal under limited circumstance per 44-13-703(d)(1)(2)(3)? | _signature_ |
| ☑ | ☐ | 4. | Do you understand that with your plea that you are waiving your right to a full hearing before a Hearing Officer? | _signature_ |
| ☐ | ☐ | 5. | You waive your right to be confronted with the evidence against you? | _signature_ |
| ☑ | ☐ | 6. | You waive your right to cross-examine the witness(es) against you? | _signature_ |
| ☑ | ☐ | 7. | You waive your right to remain silent and to be presumed innocent until proven guilty by preponderance of the evidence? | _signature_ |
| ☐ | ☑ | 8. | Have any promises, threats or inducements been made to you in exchange for your plea? | _signature_ |

_CS__

**Hearing Officer/Unit Manager Signature**

_4-10-25_

**Date**

_David Woodward_    _55044_

**Inmate Signature**       **Number**

_4-10-25_

**Date**