# Exhibit 16

# Disciplinary Report #3023 of David L. Woodward #0055044

**PROVISSIONALLY AND CONVENTIONALLY SEALED**