# Exhibit 17

# Disciplinary Report #14-087 of David L. Woodward #0055044

PROVISSIONALLY AND CONVENTIONALLY SEALED