# Kansas Administrative Regulations

## Agency 44

# Department of Corrections

## Article 12.—Conduct and Penalties

**44-12-313. Sexually explicit materials**. (a) No inmate shall have in possession or under control any sexually explicit materials, including drawings, paintings, writing, pictures, items, and devices.
(b) The material shall be considered sexually explicit if the purpose of the material is sexual arousal or gratification and the material meets either of the following conditions:
(1) Contains nudity, which shall be defined as the depiction or display of any state of undress in which the human genitals, pubic region, buttock, or female breast at a point below the top of the aerola is less than completely and opaquely covered; or
(2) contains any display, actual or simulated, or description of any of the following:
(A) Sexual intercourse or sodomy, including genital-genital, oral-genital, anal-genital, and anal-oral contact, whether between persons of the same or differing gender;
(B) masturbation;
(C) bestiality; or
(D) sadomasochistic abuse.
(c) Each violation of this regulation by inmates classified as sex offenders shall be a class I violation.
(d) Each violation of this regulation by inmates not classified as sex offenders shall be a class II violation.
(e) Each violation of this regulation by any inmate if the sexually explicit material depicts, describes, or exploits any child under the age of 18 years shall be a class I offense. (Authorized by and implementing K.S.A. 2003 Supp. 75-5210; effective May 1, 1980; amended April 20, 1992; amended Feb. 15, 2002; amended, T-44-3-19-04, March 19, 2004; amended July 2, 2004.)

***** *Authenticated Kansas Administrative Regulation* *****