# Names

| Name Type | Name |
|---|---|
| Conviction | WOODWARD, DAVID L |
| True | WOODWARD, DAVID LEROY |

# Identification

| KDOC # | SID Num | FBI Num |
|---|---|---|
| 0055044 | 638402 | 497304NA4 |

**(/kasper/search/image?kdocNumber=0055044&imageNumber=1)**

**WOODWARD, DAVID L**

**Approx Picture Date**

2021-08-12

# Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | ███████ | 82 |

# Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Brown | 5'-8" | 154 | Male | White |

# Current Status reported by Dept. of Corrections

Work or Program Participation  Not Working

Earliest Possible Release Date (1)  Sep 01, 2031

Current Status  Incarcerated

Admission Date  Apr 10, 1992

Current Location (2)  **Lansing CF-Central (http://www.doc.ks.gov/facilities/lcf)**

Custody Level  LMD Low Medium

**(1) This date could be affected by a parole board decision or good time and/or program credit.**

**(2) Click on Location for the Facility web site.**

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 91CR792 | Aug 20, 1986 | Jan 17, 1992 | N/A | Murder, 1st degree | 1 | Class A Felony | Active | KS |
| Sedgwick | 91CR792 | May 23, 1991 | Jan 17, 1992 | N/A | Kidnapping | 1 | Class B Felony | Active | KS |
| Sedgwick | 91CR792 | May 23, 1991 | Jan 17, 1992 | N/A | Indecent Liberties With A Child | 1 | Class C Felony | Active | KS |
| Sedgwick | 91CR792 | May 23, 1991 | Jan 17, 1992 | N/A | Sexual Exploitation of a Child | 2 | Class D Felony | Active | KS |
| Sedgwick | 91CR792 | May 23, 1991 | Jan 17, 1992 | N/A | Rape | 1 | Class B Felony | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.

(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Lansing CF-Central | Jul 12, 2023 | Returned From Court Appearance |
| Sedgwick County | Jan 27, 2023 | Released For Court Appearance |
| Lansing CF-Central | Feb 01, 2022 | Returned From Court Appearance |
| Sedgwick County | Dec 23, 2021 | Released For Court Appearance |
| Lansing CF-Central | Jan 17, 2019 | Returned From Court Appearance |
| Sedgwick County | Aug 16, 2017 | Released For Court Appearance |
| Lansing CF-Central | Feb 08, 2017 | Inter-Facility Movement |

Kansas Department of Corrections

EXHIBIT No. 1

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Apr 13, 2016 | Inter-Facility Movement |
| El Dorado CF-RDU | Mar 25, 2016 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 23, 2016 | Inter-Facility Movement |
| El Dorado CF-RDU | Mar 16, 2016 | Inter-Facility Movement |
| El Dorado CF-Central | Sep 04, 2014 | Inter-Facility Movement |
| El Dorado CF-South | Jan 14, 2013 | Inter-Facility Movement |
| Hutchinson CF-East | Jul 26, 2011 | Inter-Facility Movement |
| Hutchinson CF-Central | Jun 27, 2011 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 06, 2007 | Inter-Facility Movement |
| El Dorado CF-RDU | Apr 04, 2007 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 07, 2005 | Inter-Facility Movement |
| Lansing CF-Central | Nov 21, 1996 | Inter-Facility Movement |
| Larned Correctional Mental Health Facility | Oct 10, 1996 | Inter-Facility Movement |
| Lansing CF-Central | Aug 03, 1994 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 29, 1992 | Inter-Facility Movement |
| Topeka CF-RDU | Apr 10, 1992 | New Court Commitment |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| May 23, 2025 | 1 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, Sex Ofndr |
| Apr 02, 2025 | 1 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, child <18 |
| Feb 09, 2024 | 1 | Lansing Correctional Facility - Central | Obscenity |
| Jun 10, 2016 | 1 | El Dorado Correctional Fac. - Central | Sex Explicit Mtrl, child <18 |
| Aug 25, 2014 | 1 | El Dorado Correctional Fac. - South | Sex Explicit Mtrl, Sex Ofndr |
| May 27, 1999 | 2 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Mar 09, 1996 | 2 | Lansing Correctional Facility - Central | Violation of Published Orders |

Case 5:25-cv-03110-JWB-RES     Document 14     Filed 09/18/25     Page 4 of 4

EXHIBIT No. 1