IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID L. WOODWARD,

                **Plaintiff,**

    v.                                                                                      CASE NO. 25-3110-JWL

JEFF ZMUDA, ET AL.,

                **Defendants.**

**MEMORANDUM AND ORDER**

Plaintiff David L. Woodward is a Kansas prisoner who is currently housed at Lansing Correctional Facility (LCF) in Lansing, Kansas. On July 18, 2025, the Court issued a memorandum and order ("M&O") directing the Kansas Department of Corrections ("KDOC") to file a *Martinez* Report. (Doc. 10.) The Report was filed on September 18, 2025 (Doc. 12), and the final exhibit to the report was filed on October 9, 2025 (Doc. 22). This matter comes now before the Court on Plaintiff's motion for permission to supplement the amended complaint and respond to the Report (Doc. 24) and his document titled "Judicial Notice for the Court" (Doc. 25).

The motion to supplement the amended complaint and respond to the Report will be denied. The M&O stated: "No motion or other document addressed to the amended complaint shall be filed until the Court has reviewed the *Martinez* Report and entered an order screening the amended complaint." (Doc. 10, p. 3.) The Court is in the process of reviewing the Report and the exhibits thereto and has not issued a screening order. Thus, the motion to supplement is premature. Plaintiff is assured that he will be given the opportunity to respond to the Report in due time, but he must follow the directions of the Court in the M&O and wait for the screening order.

1

2

The Court has reviewed the other document filed by Plaintiff, which advises the Court of difficulties Plaintiff has experienced with submitting filings to the Court. (Doc. 25.) The information in the document is noted.

**IT IS THEREFORE ORDERED** that the motion to supplement the amended complaint (Doc. 24) is **denied as premature.** As instructed in the previous memorandum and order, Plaintiff shall not file any motions addressed to the amended complaint until after the Court has reviewed the *Martinez* Report and entered an order screening the amended complaint. (*See* Doc. 10, p. 3.)

**IT IS SO ORDERED.**

DATED:   This 15th day of October, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge