IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID L. WOODWARD,

      **Plaintiff,**

      v.                          CASE NO. 25-3110-JWL

JEFF ZMUDA, et al.,

      **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff and Kansas prisoner David L. Woodward brings this pro se civil rights action under 42 U.S.C. § 1983. On November 10, 2025, the Court issued a memorandum and order ("M&O") that, among other things, granted Plaintiff to and including December 10, 2025 to file a motion to for leave to supplement Counts I and II of the operative amended complaint and/or file a motion for leave to file a second amended complaint. (Doc. 29.) This matter comes now before the Court on Plaintiff's motion for leave to supplement the amended complaint. (Doc. 33.) The motion will be granted and the clerk will be directed to file the proposed supplemental amended complaint, located at Doc. 33-1, as a supplement to the amended complaint, located at Doc. 8.

If Plaintiff wishes to add claims or defendants to this action, he must file a motion for leave to file a second amended complaint on or before December 10, 2025, as set forth in the M&O. If Plaintiff advises the Court in writing that he does not intend to file a motion for leave to amend, however, the Court will order service on Defendants without waiting for the expiration of the December 10, 2025 deadline. If Plaintiff chooses not to file a written notice in response to this order, the Court will not order service until the December 10, 2025 deadline expires.

1

2

**IT IS THEREFORE ORDERED BY THE COURT** that the motion for leave to file a supplemental pleading (Doc. 33) is **granted** for the reasons stated in this order. The Clerk is directed to file the proposed supplemental pleading, located at Doc. 33-1, as a supplement to the amended complaint, located at Doc. 8. If Plaintiff does not intend to file a motion for leave to amend the operative amended complaint and he wishes the Court to proceed to service in this matter, he may file a written notice to that effect and the Court will order service on Defendants without waiting for the expiration of the deadline in the November 10, 2025 memorandum and order.

**IT IS SO ORDERED**.

Dated November 21, 2025, in Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**