David L. Woodward 20000 25235
P.O. Box 2
Lansing, KS 66043

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID L. WOODWARD
Plaintiff

vs.

JESSE HOWES, DARCIE
HOLTHAUS, LESLIE WEST
and J. CROUSE
Defendants

Case No. 25cv3110JWL

MOTION TO FILE SECOND AMENDED COMPLAINT

COMES NOW David L. Woodward, plaintiff pro se in the above captioned matter and moves the court to allow him to file a second amended complaint to replace the standing amended complaint for cause.

On Nov. 10th, 2025, this court issued an order dismissing Jeff Zmuda as a defendant and Count III of plaintiff's complaint for failure to state a claim.

Plaintiff needs to add additional defendants who began issuing censorship notices after plaintiff's first amended complaint was filed on July 17th, 2025.

Also plaintiff desires to file a new revised Count III in place of the one that was dismissed.

1.

THEREFORE, plaintiff prays the court accepts his second amended complaint in place of the one currently filed.

Respectfully
David L. Woodward

Certificate of Service

I, David L. Woodward, do hereby certify I submitted my Motion To File Second Amended Complaint to the Unit Team in pod A8 to transport same to the Law Library of Lansing Corr. Fac. for efiling to the U.S. Dist. Court for Kansas on Dec. 1st, 2025

David L. Woodward