FILED
United States Court of Appeals
Tenth Circuit

December 8, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

DAVID L. WOODWARD,

    Plaintiff - Appellant,

v.

JEFF ZMUDA; JESSE HOWES; J. CROUSE; LESLIE WEST; DARCIE HOLTHAUS,

    Defendants - Appellees.

No. 25-3209
(D.C. No. 5:25-CV-03110-JWL)
(D. Kan.)

_____

**ORDER**

_____

    This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk