David L. Woodward 2000025235
Name

301 E. Kansas Ave. P.O. Box 2

Lansing, KS 66043
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DAVID L. WOODWARD, Plaintiff
(Full Name)

JESSE HOWES, V. DARCIE HOLTHAUS, LESLIE WEST, JENNIFER CROUSE, R. Wedel, B. Hart and, Defendant(s)
C. Kincaid

CASE NO. 25-3110-JWL
(To be supplied by the Clerk)

SECOND AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) David L. Woodward, is a citizen of Kansas
   (Plaintiff)                              (State)

   who presently resides at Lansing Corr. Fac. P.O. Box 2
                                              (Mailing address or place
   Lansing, KS 66043
   of confinement.)

2) Defendant Jesse Howes is a citizen of
              (Name of first defendant)

   Lansing KS, and is employed as
   (City, State)

   Warden Lansing Corr. Fac at time of violations. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

   Did in his personal and official capacity deprive plaintiff of
   his 1st and 14th amend. rights by authorizing censorship of incoming
   and outgoing mail.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                      1

3) Defendant **Darcie Holthaus** is a citizen of
(Name of second defendant)

**Topeka, KS**, and is employed as
(City, state)

**CMII of the Kansas Dept. of Corrections**. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

Did in her personal and official capacity deprived plaintiff of magazines and publications in violation of 1st & 14th amends. by ordering suspention of delivery and censorship of same.

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

also Title 28 USCS 1343(a); 42 USCS 1985 and United States Constitution, Amend. I and XIV.

B. NATURE OF THE CASE

1) Briefly state the background of your case:

On April 1st, 2025, all publications, magazines, religious materials stopped being delivered to me. This has continued to present. This was by order of Jesse Howes and Darcie Holthaus. Also incoming and outgoing letters have been censored or not sent to outside parties or received by me since May 23rd, 2025. Two regulations, 44-12-601 and 44-12-313 as being applied in plaintiff's capacity are alleged as being unConstitutional violating 1st and 14th amend rights as regarding outgoing mail. being sent out to outsiders.

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983                    2

# ADDITIONAL DEFENDANTS FROM PAGE 2

Defendant Leslie West is a citizen of Lansing, KS and is employed as an ISA at Lansing Corr. Fac. At the time the claims alleged in this complaint arose, this defendant was acting under the color of state law to wit: She directly deprived plaintiff of his 1st amend. rights in her personal and official capacity through preventing outgoing mail to reach it's intended destination.

Defendant Jennifer Crouse is a citizen of Lansing, KS. and is employed as an Administrative Assistant at Lansing Corr. Fac. At the time the claims alleged in this complaint arose, this defendant was acting under color of state law to wit: In her personal and official capacity deprived plaintiff of his 1st and 14th amend. rights through censorship of both incoming and outgoing mail.

Defendant R. Wedel is a citizen of Lansing, KS. and is employed as a Mail Clerk at Lansing Corr. Fac. At the time the claims alleged in this complaint arose, this defendant was acting under color of state law to wit: Defendant deprived plaintiff of his 1st and 14th amend. rights in their personal and official capacity by censorship of mail.

Defendant B. Harr is a citizen of Lansing, KS. and is employed as a mail clerk at Lansing Corr. Fac. At the time the claims alleged in this complaint arose, this defendant was acting under color of state law to wit: In their personal and official capacity deprived plaintiff of his 1st and 14th amend. rights by mail censorship.

2a

ADDITIONAL DEFENDANTS CONTINUED FROM PAGE 2

Defendant C. Kincaid is a citizen of Lansing, KS. and is employed as a mail clerk at Lansing Corr. Fac. At the time the claims alleged in this complaint arose, this defendant was acting under color of state law to wit: In their personal and official capacity deprived plaintiff of his 1st and 14th amend. rights by mail censorship.

2b

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Violation of 1st amendment rights to access information and exercise my right to freedom of worship through deprivation of publications and magazines - Censorship

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):
On April 1st, 2025, all publications and magazines ceased being delivered to plaintiff. Plaintiff inquired of a Unit Team Supervisor Speer as to the reason. She stated the Warden, Jesse Howes and a Compact Administrator, (CM II Darcie Holthaus), had permanently suspended all publications from me. (continued on separate pages)

B) (1) Count II: Violation of 1st and 14th amendment rights to excercise my right to correspond with outsiders by mail by unnecessary censorship.

(2) Supporting Facts: On 5/23/25, two letters addressed to Corey Woodward were censored preventing delivery to him. Assumed opened by J. Crouse in the Lansing Corr. Fac. mail room. Since that time, up to six additional letters have been intercepted. (continued on separate pages)

## From C. Cause of Action (Continued)

Supporting Facts for Count I (continued from page 3):

On May 3rd, 2025, mail censorship notices started for all publications stating they were a threat to public officials or the general public and that I was having correspondence with persons under 18 years old. Later notices changed to include unauthorized pictures and images of persons under the age of 18 years old. Around Aug. 1st, 2025, the reasons for censorship changed again to include a policy implemented on July 15, 2025, in that all books and magazines had to be ordered through an approved vendor, citing Internal Management Policy and Procedure (IMPP) 12-127 D. These notices were issued by Jennifer Crouse, R. Wedel, B. Hart and C. Kincaid. According to a Unit Team Supervisor Speer, Jesse Howes and Darcie Holthaus had issued orders to suspend delivery of all publications effective April 1st, 2025. This was to be permanent and have received no more since.

Supporting Facts for Count II (continued from page 3):

It has been learned from Leslie West all my outgoing mail is on a "readable list" for an unspecified reason. She herself intercepted two letters addressed to Corey Woodward, my son, and prevented them from being delivered to him by the U.S. Postal Service. These were the letters on May 23rd. Since then, letters posted on May 26th, June 3rd, June 6th, Oct. 6th, Oct. 13th and Oct. 20th, 2025 to be mailed to Corey Woodward in Atlanta, TX failed to reach him. It is reasonably believed that my outgoing mail is being stopped by Jennifer Crouse, R. Wedel, B. Hart, C. Kincaid and Leslie West.

Supporting Facts for Count III (continued from page 4)

Although the letters themselves were of a business and personal nature, there were partial stories which were

3b

From C. Cause of Action (Continued)

Supporting Facts for Count III (continued from 3b)

claimed written by plaintiff. The reason for censorship was that the stories were sexually explicit. Regulation 44-12-601 provides that mail that contains sexually explicit material may be censored. This is determined by 44-12-313 which defines what sexually explicit material is. Plaintiff is challenging these regulations on the grounds that they should not apply to outgoing mail as they violate his 1st amendment rights to freedom of speech and his 14th amendment liberty interests. That the letters were wrongfully censored for the foregoing reason preventing their delivery to the intended addressee. That they should have been allowed to continue to their intended destination regardless of content, sexually explicit or not. Letters in the free world are not censored or interfered with for the reasons used to censor and stop plaintiff's mail from reaching their intended recipient. In a equal manner plaintiff mail should also be allowed to reach their intended recipient in the free world

4b

C) (1) Count III: Two regulations, 44-12-601 and 44-12-313, as are being applied to plaintiff, have violated his 1st and 14th amend. rights under the U.S. Constitution

(2) Supporting Facts: On May 23rd, 2025, two letters addressed to plaintiff's son, Corey Woodward in Atlanta TX, were opened by Jennifer Crouse and censored. The contents were given to Leslie West who prevented their delivery.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: David L. Woodward

Defendants: Jeff Zmuda, Jesse Howes, Holly Shaw, U.T. Mgr. Keon, U.T. Supvr. Speer, U.T. Cleaver, U.T. Mgr Pod B6 and 2 Unnamed Officers Pod B6

b) Name of court and docket number U.S. Dist. Court for Kansas 25cv 3252 JWL

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending

d) Issues raised Eighth and Fourteenth Amendment violations. Failure to Protect Plaintiff, Mistreatment, and loss of property.

e) Approximate date of filing lawsuit __Nov. 20, 2025__

f) Approximate date of disposition __Still Pending__

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Relief has been sought through protests of the censorship notices all denied. No censorship notices issued on letters to Corey Woodward in order to protest these.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: Any and all that justice requires; Declaratory Relief in that all publications be delivered to me without being censored for reasons given. That my outgoing mail cease being stopped and allowed to reach the intended addressee and that the contents therein not be censored unless necessary to prevent security risks. Also reimbursement for magazines lost or no longer usable due to time restraints. Reimbursed for court costs.

_____   _David M. Woodward_
Signature of Attorney (if any)    Signature of Plaintiff

_____

(Attorney's full address and telephone number)

5

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983