# APPENDIX

LISTING OF EXHIBITS                                    From Page

Inmate Requests To U.T.S. Speer (2 pgs)        2 & 3

Mail Censorship Notices Received

    Numbered 1-16 (plus letter from MIM)        3.

Letter From Darcie Holthaus (M II              4

Journal Entry of Sentencing (3 pages), and      4

Affidavit of David L. Woodward

www.daisypaper.com

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Woodward
**Last Name Only**

## KANSAS DEPARTMENT OF CORRECTIONS

55044
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: UTS Speer _____     Date: 4/15/25 _____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

The mail room said to contact you as to why I'm being deprived of my US Weekly, People magazine and National Enquirer. I suspect why and you have no legal right to do so because of a write up. I give notice you are violating my 1st amendment Constitutional rights. None of these three publications contain any material prohibited by KDOC. Your belief otherwise is not grounds enough! First I was assaulted and robbed of my TV, Fan and game player in B6 because of lack of security. A loss of over $400 to me.

Work Assignment: _____     Living Unit Assignment: A4-103

Comment: I was victimized because of     Detail or C.H. Officer: _____
negligence by staff. Then for protection I sought out Pc. Handcuffed and

Disposition: thrown into seg. with nothing now for two weeks. Victimized again.! Now you are going to deprive me of magazines I paid $100's for because of a bullshit write up? Violating my right to diseminate information. Victimizing me a third time. I believe it's true to file a lawsuit for elder abuse and cruel and unusual punishment plus 1st amendment violations as well.

To: _____     Date: _____
(Name & Number)

Disposition: I AM NOT DEPRIVING YOU OF ANYTHING. THIS DECISION WAS MADE BY CMII COMPACT ADMINISTRATOR AND THE WARDENS.

_____
Employee's Signature

**To be returned to inmate.**

P-0009

INMATE REQUEST TO STAFF MEMBER

To: __UTS Speer_____    Date: __4/21/25____
        (Name and Title of Officer or Department)

_____
        Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by inmate**

EXHIBIT THREE

Form 9
For Cellhouse Transfer                                   __Woodward_____
Work Assignment _____                        **Last Name Only**
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**          __5 5 0 4 4_____
                                                              **Number**
**INMATE REQUEST TO STAFF MEMBER**

To: __UTS Speer_____    Date: __4/21/25_____
        (Name and Title of Officer or Department)
        State completely but briefly the problem on which you desire assistance. (Be specific.)

① How much longer until I'm hold-over OSR status?

② You have not advised what happened to my TV order of 4/14/25. Once I've obtained OSR status, will that order be submitted OR will I have to submit a new order? I do not wish to duplicate a $311+ purchase!

③ I'm still not receiving all my magazines

Work Assignment: _____    Living Unit Assignment: __A4-103____
                                    civil
Comment: _I have contacted my attorney_____    Detail or C.H. Officer: _____
reference the magazines. I have a vested interest having paid almost $300 in subscription fees._

Disposition: _____
_____
_____
_____

To: _____    Date: _____
        (Name & Number)

Disposition: At this time it doesn't look like your SPD has been processed yet. As for your magazine subscriptions it is my understanding per KDOC Compact Administrator you are permenently suspended from receiving anymore magazines.

UTS Speer
        Employee's Signature                          **To be returned to inmate.**

P-0009

LCF Correctional Facility
Notice of Mail Censorship
(Two Sided)

*Exhibit NMC 1
(Side one)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:  5/2/2025**          **Submit protest by: 5/13/2025**          **Destroy Date: 8/4/2025**

Addressee:      David Woodward    55044        A4-103
                (Inmate Name) (KDOC #) (Housing Unit)

RECEIVED

MAY 12 2025

DOC Facility Management Area

Sender: Name:            TV Guide
        Address:
        City, State, Zip

has been censored (☑ in whole /☐ in part).  The grounds for this censorship are the reasonable belief that:

☐    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband as described in KAR 44-12-903.
    ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
    ☐    Contains Contraband as described in KAR 44-12-902

        ☐ Postage stamps    ☐ Stickers/Adhesive Labels    ☐ Blank Sheets of Paper/envelops
        ☐ Oversized Card    ☐ Oversized Photographs    ☐ Polaroid Photographs
        ☐ Battery in Card    ☐ Laminations/stickers    ☐ Padded/corrugated envelops
        ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
        ☐ Other Unauthorized Object:

☑    Mail that poses a threat to the safety and security of public officials or the general public [KAR 44-12-601 (d)(1)(B)].

    ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
    ☑    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐    The mail is unauthorized correspondence between offenders, including a former inmate [KAR 44-12-601 (d)(1)(D)].

    ☐    Included correspondence ( ☐ From / ☐ To) a third party.

☑    The censored material/item is:

    ☑    Being held in the facility mailroom pending disposition and/or protest instructions.
    ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal prosecution and disposition and/or protest instructions.
    ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above. If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).**

J.Crouse
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)

5/2/2025
(Date)

LCF Correctional Facility
Notice of Mail Censorship
(Two sided)

*Exhibit NMC2 (side one)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:** 5/5/2025          **Submit protest by: 5/14/2025**          **Destroy Date: 8/5/2025**

Addressee:    David Woodward    55044      A4-103                    RECEIVED
(Inmate Name) (KDOC #) (Housing Unit)

                                                                    MAY 12 2025

Sender: Name:        TV Weekly
        Address:                                    DOC Facility Management Area
        City, State, Zip

has been censored ([X] in whole / [ ] in part).  The grounds for this censorship are the reasonable belief that:

[ ]    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    [ ]    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband as described in KAR 44-12-903.
    [ ]    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    [ ]    Contains Sexually Explicit Materials as described in KAR 22-12-313
    [ ]    Contains Contraband as described in KAR 44-12-902
        [ ]    Postage stamps        [ ]    Stickers/Adhesive Labels        [ ]    Blank Sheets of Paper/envelops
        [ ]    Oversized Card        [ ]    Oversized Photographs        [ ]    Polaroid Photographs
        [ ]    Battery in Card       [ ]    Laminations/stickers          [ ]    Padded/corrugated envelops
        [ ]    Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
        [ ]    Other Unauthorized Object:

[X]    Mail that poses a threat to the safety and security of public officials or the general public
    [KAR 44-12-601 (d)(1)(B)].

    [ ]    Addressed to a person who has filed an objection to receiving correspondence from you.
    [X]    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

[ ]    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

[ ]    The mail is unauthorized correspondence between offenders, including a former inmate
    [KAR 44-12-601 (d)(1)(D)].

    [ ]    Included correspondence ( [ ] From / [ ] To) a third party.

[X]    The censored material/item is:

    [X]    Being held in the facility mailroom pending disposition and/or protest instructions.
    [ ]    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal prosecution and disposition and/or protest instructions.
    [ ]    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).**

J.Crouse                                                          5/5/2025
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)    (Date)

LCF Correctional Facility
Notice of Mail Censorship
( Two Sided )

*Exhibit NMC3
(side one)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:** 5/2/2025          **Submit protest by: 5/13/2025**          Destroy Date: 8/4/2025

Addressee:      David Woodward      55044          A4-103
                (Inmate Name) (KDOC #) (Housing Unit)

RECEIVED

MAY 12 2025

Sender: Name:          US Weekly
        Address:
        City, State, Zip

DOC Facility Management Area

has been censored (☒ in whole / ☐ in part). The grounds for this censorship are the reasonable belief that:

☐    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
         as described in KAR 44-12-903.
    ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
    ☐    Contains Contraband as described in KAR 44-12-902
        ☐    Postage stamps          ☐    Stickers/Adhesive Labels          ☐    Blank Sheets of Paper/envelops
        ☐    Oversized Card          ☐    Oversized Photographs          ☐    Polaroid Photographs
        ☐    Battery in Card          ☐    Laminations/stickers          ☐    Padded/corrugated envelops
        ☐    Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
        ☐    Other Unauthorized Object:

☒    Mail that poses a threat to the safety and security of public officials or the general public
     [KAR 44-12-601 (d)(1)(B)].

    ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
    ☒    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐    The mail is unauthorized correspondence between offenders, including a former inmate
     [KAR 44-12-601 (d)(1)(D)].

    ☐    Included correspondence ( ☐ From / ☐ To) a third party.

☒    The censored material/item is:

    ☒    Being held in the facility mailroom pending disposition and/or protest instructions.
    ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
         criminal prosecution and disposition and/or protest instructions.
    ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse                                                                                                      5/2/2025
(Printed Name of Person Issuing Censorship Notice)          (Signature of Person Issuing Censorship Notice)          (Date)

LCF Correctional Facility
Notice of Mail Censorship
(Two Sided)

Exhibit NMC 4
(Side 1)

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:  5/2/2025**          **Submit protest by: 5/13/2025**          **Destroy Date: 8/4/2025**

RECEIVED

Addressee:       David Woodward    55044       A4-103
                 (Inmate Name) (KDOC #) (Housing Unit)

MAY 12 2025

DOC Facility Management Area

Sender:  Name:          People
         Address:
         City, State, Zip

has been censored ([X] in whole /[ ] in part).  The grounds for this censorship are the reasonable belief that:

[ ]    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

   [ ]    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
          as described in KAR 44-12-903.
   [ ]    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
   [ ]    Contains Sexually Explicit Materials as described in KAR 22-12-313
   [ ]    Contains Contraband as described in KAR 44-12-902
      [ ] Postage stamps        [ ] Stickers/Adhesive Labels      [ ] Blank Sheets of Paper/envelops
      [ ] Oversized Card        [ ] Oversized Photographs         [ ] Polaroid Photographs
      [ ] Battery in Card       [ ] Laminations/stickers          [ ] Padded/corrugated envelops
      [ ] Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
      [ ] Other Unauthorized Object:

[X]    Mail that poses a threat to the safety and security of public officials or the general public
       [KAR 44-12-601 (d)(1)(B)].

   [ ]    Addressed to a person who has filed an objection to receiving correspondence from you.
   [X]    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

[ ]    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

[ ]    The mail is unauthorized correspondence between offenders, including a former inmate
       [KAR 44-12-601 (d)(1)(D)].

   [ ]    Included correspondence ( [ ] From / [ ] To) a third party.

[X]    The censored material/item is:

   [X]    Being held in the facility mailroom pending disposition and/or protest instructions.
   [X]    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
          criminal prosecution and disposition and/or protest instructions.
   [ ]    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse                                                              5/2/2025
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)    (Date)

LCF Correctional Facility
Notice of Mail Censorship
(Two sided)

*Exhibit NMC 5
(side one)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:**  5/5/2025        **Submit protest by: 5/14/2025**        **Destroy Date: 8/5/2025**

Addressee:        David Woodward    55044        A4-103
                  (Inmate Name) (KDOC #) (Housing Unit)

**RECEIVED**

**MAY 12 2025**

Sender: Name:        Elle
        Address:
        City, State, Zip

DOC Facility Management Area

has been censored (☒ in whole /☐ in part).  The grounds for this censorship are the reasonable belief that:

☐    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
         as described in KAR 44-12-903.
    ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
    ☐    Contains Contraband as described in KAR 44-12-902
         ☐  Postage stamps        ☐ Stickers/Adhesive Labels        ☐ Blank Sheets of Paper/envelops
         ☐  Oversized Card         ☐ Oversized Photographs          ☐ Polaroid Photographs
         ☐  Battery in Card        ☐ Laminations/stickers           ☐ Padded/corrugated envelops
         ☐  Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ____oz.
         ☐  Other Unauthorized Object:

☒    Mail that poses a threat to the safety and security of public officials or the general public
     [KAR 44-12-601 (d)(1)(B)].

    ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
    ☒    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐    The mail is unauthorized correspondence between offenders, including a former inmate
     [KAR 44-12-601 (d)(1)(D)].

    ☐    Included correspondence ( ☐From / ☐ To) a third party.

☒    The censored material/item is:

    ☒    Being held in the facility mailroom pending disposition and/or protest instructions.
    ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
         criminal prosecution and disposition and/or protest instructions.
    ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse                                                                                      5/5/2025
(Printed Name of Person Issuing Censorship Notice)        (Signature of Person Issuing Censorship Notice)        (Date)

LCF Correctional Facility
Notice of Mail Censorship
(Two Sided)

*Exhibit NMe 6*
*(Side one)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice: 5/5/2025**          **Submit protest by: 5/14/2025**          **Destroy Date: 8/5/2025**

Addressee:     David Woodward    55044       A4-103
               (Inmate Name) (KDOC #) (Housing Unit)

RECEIVED

MAY 12 2025

Sender: Name:          Bazaar
        Address:
        City, State, Zip

DOC Facility Management Area

has been censored ( ☒ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☐     The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

   ☐     Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
         as described in KAR 44-12-903.
   ☐     Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
   ☐     Contains Sexually Explicit Materials as described in KAR 22-12-313
   ☐     Contains Contraband as described in KAR 44-12-902
         ☐  Postage stamps        ☐  Stickers/Adhesive Labels      ☐  Blank Sheets of Paper/envelops
         ☐  Oversized Card        ☐  Oversized Photographs         ☐  Polaroid Photographs
         ☐  Battery in Card       ☐  Laminations/stickers          ☐  Padded/corrugated envelops
         ☐  Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
         ☐  Other Unauthorized Object:

☒     Mail that poses a threat to the safety and security of public officials or the general public
      [KAR 44-12-601 (d)(1)(B)].

   ☒     Addressed to a person who has filed an objection to receiving correspondence from you.
         Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐     The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐     The mail is unauthorized correspondence between offenders, including a former inmate
      [KAR 44-12-601 (d)(1)(D)].

   ☐     Included correspondence ( ☐ From / ☐ To) a third party.

☒     The censored material/item is:

   ☒     Being held in the facility mailroom pending disposition and/or protest instructions.
   ☐     Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
         criminal prosecution and disposition and/or protest instructions.
   ☐     Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse                                                                          5/5/2025
(Printed Name of Person Issuing Censorship Notice)      (Signature of Person Issuing Censorship Notice)      (Date)

LCF Correctional Facility
Notice of Mail Censorship

*Exhibit NMC 7 (side one)* LCF ✓

*(TWO SIDED)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:**    5/20/2025          Submit protest by: ~~5/27/2025~~ *Not 15 days* **Destroy Date: 8/20/2025**

*6/8/2025 15 Business Days*

Addressee:    David Woodward    55044        A4-103
(Inmate Name) (KDOC #) (Housing Unit)

**RECEIVED**

**MAY 2 9 2025**

Sender: Name:         Woman's Day
        Address:
        City, State, Zip

DOC Facility Management Area

has been censored (☑ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☐    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband as described in KAR 44-12-903.
    ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
    ☐    Contains Contraband as described in KAR 44-12-902

        ☐ Postage stamps    ☐ Stickers/Adhesive Labels    ☐ Blank Sheets of Paper/envelops
        ☐ Oversized Card    ☐ Oversized Photographs    ☐ Polaroid Photographs
        ☐ Battery in Card    ☐ Laminations/stickers    ☐ Padded/corrugated envelops
        ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ____oz.
        ☐ Other Unauthorized Object:

☑    Mail that poses a threat to the safety and security of public officials or the general public [KAR 44-12-601 (d)(1)(B)].

    ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
    ☑    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐    The mail is unauthorized correspondence between offenders, including a former inmate [KAR 44-12-601 (d)(1)(D)].

    ☐    Included correspondence ( ☐ From / ☐ To) a third party.

☑    The censored material/item is:

    ☑    Being held in the facility mailroom pending disposition and/or protest instructions.
    ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal prosecution and disposition and/or protest instructions.
    ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).**

J.Crouse                                                                                   5/19/2025
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)    (Date)

LCF Correctional Facility
Notice of Mail Censorship
(Two Sided)

*Exhibit NMC 8*
*(side one)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:** 5/20/2025        **Submit protest by:** ~~5/27/2025~~ *Not 15 days*    **Destroy Date:** 8/20/2025
*6/8/2025  15 Business Days*

Addressee:    David Woodward    55044        A4-103
              (Inmate Name) (KDOC #) (Housing Unit)

Sender:  Name:        National Enquirer
         Address:
         City, State, Zip

has been censored (☒ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☐    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

   ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
        as described in KAR 44-12-903.
   ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
   ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
   ☐    Contains Contraband as described in KAR 44-12-902
        ☐  Postage stamps        ☐  Stickers/Adhesive Labels      ☐  Blank Sheets of Paper/envelops
        ☐  Oversized Card        ☐  Oversized Photographs         ☐  Polaroid Photographs
        ☐  Battery in Card       ☐  Laminations/stickers          ☐  Padded/corrugated envelops
        ☐  Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
        ☐  Other Unauthorized Object:

☒    Mail that poses a threat to the safety and security of public officials or the general public
     [KAR 44-12-601 (d)(1)(B)].

   ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
   ☒    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐    The mail is unauthorized correspondence between offenders, including a former inmate
     [KAR 44-12-601 (d)(1)(D)].

   ☐    Included correspondence ( ☐ From / ☐ To) a third party.

☒    The censored material/item is:

   ☒    Being held in the facility mailroom pending disposition and/or protest instructions.
   ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
        criminal prosecution and disposition and/or protest instructions.
   ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse
(Printed Name of Person Issuing Censorship Notice)        (Signature of Person Issuing Censorship Notice)

5/20/2025
(Date)

LCF Correctional Facility
Notice of Mail Censorship
(Two Sided)

*Exhibit NMC 9
(side one)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:** 5/13/2025        **Submit protest by:** ~~5/22/2025~~        **Destroy Date: 8/13/2025**
                                              6/2/25  15 days

**RECEIVED**

MAY 23 2025

Addressee:        David Woodward    55044        A4-103
                  (Inmate Name) (KDOC #) (Housing Unit)

**DOC Facility Management Area**

Sender:  Name:        Town & Country
         Address:
         City, State, Zip

has been censored ( ☑ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☐    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband as described in KAR 44-12-903.
    ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
    ☐    Contains Contraband as described in KAR 44-12-902

| | | |
|---|---|---|
| ☐ Postage stamps | ☐ Stickers/Adhesive Labels | ☐ Blank Sheets of Paper/envelops |
| ☐ Oversized Card | ☐ Oversized Photographs | ☐ Polaroid Photographs |
| ☐ Battery in Card | ☐ Laminations/stickers | ☐ Padded/corrugated envelops |
| ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz. | | |
| ☐ Other Unauthorized Object: | | |

☑    Mail that poses a threat to the safety and security of public officials or the general public [KAR 44-12-601 (d)(1)(B)].

    ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
    ☑    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐    The mail is unauthorized correspondence between offenders, including a former inmate [KAR 44-12-601 (d)(1)(D)].

    ☐    Included correspondence ( ☐ From / ☐ To) a third party.

☑    The censored material/item is:

    ☑    Being held in the facility mailroom pending disposition and/or protest instructions.
    ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal prosecution and disposition and/or protest instructions.
    ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).**

J.Crouse                                                    5/13/2025
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)    (Date)

LCF Correctional Facility
Notice of Mail Censorship
(Two sided)

*Exhibit NMC 10
(Side one)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:**    5/13/2025          **Submit protest by:** ~~5/22/2025~~          **Destroy Date: 8/13/2025**
                                           6/2/25  15 days

Addressee:        David Woodward    55044      A4-103
                  (Inmate Name) (KDOC #) (Housing Unit)

Sender:  Name:        Cosmopolitan
         Address:
         City, State, Zip

has been censored ( ☑ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☐   The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    ☐   Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
        as described in KAR 44-12-903.
    ☐   Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    ☐   Contains Sexually Explicit Materials as described in KAR 22-12-313
    ☐   Contains Contraband as described in KAR 44-12-902
        ☐  Postage stamps          ☐ Stickers/Adhesive Labels      ☐ Blank Sheets of Paper/envelops
        ☐  Oversized Card           ☐ Oversized Photographs        ☐ Polaroid Photographs
        ☐  Battery in Card          ☐ Laminations/stickers         ☐ Padded/corrugated envelops
        ☐  Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
        ☐  Other Unauthorized Object:

☑   Mail that poses a threat to the safety and security of public officials or the general public
    [KAR 44-12-601 (d)(1)(B)].

    ☐   Addressed to a person who has filed an objection to receiving correspondence from you.
    ☑   Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐   The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐   The mail is unauthorized correspondence between offenders, including a former inmate
    [KAR 44-12-601 (d)(1)(D)].

    ☐   Included correspondence ( ☐From / ☐To) a third party.

☑   The censored material/item is:

    ☑   Being held in the facility mailroom pending disposition and/or protest instructions.
    ☐   Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
        criminal prosecution and disposition and/or protest instructions.
    ☐   Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse                                                                    5/13/2025
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)    (Date)

LCF Correctional Facility
Notice of Mail Censorship
(Two Sided)

*Exhibit NMC 11 (side one)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

Date of Notice:  5/13/2025        Submit protest by: 5/22/2025        Destroy Date: 8/13/2025

*6/2/25 15 days*

Addressee:        David Woodward    55044        A4-103
                  (Inmate Name) (KDOC #) (Housing Unit)

Sender: Name:              Discover
        Address:
        City, State, Zip

has been censored ( ☒ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☐      The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

       ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
            as described in KAR 44-12-903.
       ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
       ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
       ☐    Contains Contraband as described in KAR 44-12-902
            ☐  Postage stamps        ☐  Stickers/Adhesive Labels      ☐  Blank Sheets of Paper/envelops
            ☐  Oversized Card         ☐  Oversized Photographs         ☐  Polaroid Photographs
            ☐  Battery in Card        ☐  Laminations/stickers          ☐  Padded/corrugated envelops
            ☐  Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ____oz.
            ☐  Other Unauthorized Object:

☒      Mail that poses a threat to the safety and security of public officials or the general public
       [KAR 44-12-601 (d)(1)(B)].

       ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
       ☒    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐      The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐      The mail is unauthorized correspondence between offenders, including a former inmate
       [KAR 44-12-601 (d)(1)(D)].

       ☐    Included correspondence ( ☐From / ☐ To) a third party.

☒      The censored material/item is:

       ☒    Being held in the facility mailroom pending disposition and/or protest instructions.
       ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
            criminal prosecution and disposition and/or protest instructions.
       ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

J.Crouse
(Printed Name of Person Issuing Censorship Notice)        (Signature of Person Issuing Censorship Notice)

5/13/2025
(Date)

LCF Correctional Facility
Notice of Mail Censorship
(Two Sided)

*Exhibit NMe 12 (Side one)*

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:** 5/16/2025          **Submit protest by:** ~~5/27/2025~~ 6/6/2025 15 business days          **Destroy Date: 8/16/2025**

Addressee:     David Woodward   55044        A4-103
               (Inmate Name) (KDOC #) (Housing Unit)

Sender: Name:        Signs of the Times
        Address:
        City, State, Zip

has been censored (☑ in whole / ☐ in part). The grounds for this censorship are the reasonable belief that:

☐     The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

   ☐    Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband as described in KAR 44-12-903.
   ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
   ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
   ☐    Contains Contraband as described in KAR 44-12-902
        ☐ Postage stamps        ☐ Stickers/Adhesive Labels     ☐ Blank Sheets of Paper/envelops
        ☐ Oversized Card        ☐ Oversized Photographs        ☐ Polaroid Photographs
        ☐ Battery in Card       ☐ Laminations/stickers         ☐ Padded/corrugated envelops
        ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
        ☐ Other Unauthorized Object:

☑     Mail that poses a threat to the safety and security of public officials or the general public
      [KAR 44-12-601 (d)(1)(B)].

   ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
   ☑    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐     The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐     The mail is unauthorized correspondence between offenders, including a former inmate
      [KAR 44-12-601 (d)(1)(D)].

   ☐    Included correspondence ( ☐ From / ☐ To) a third party.

☑     The censored material/item is:

   ☑    Being held in the facility mailroom pending disposition and/or protest instructions.
   ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal prosecution and disposition and/or protest instructions.
   ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above. If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).**

J.Crouse
(Printed Name of Person Issuing Censorship Notice)          (Signature of Person Issuing Censorship Notice)

5/16/2025
(Date)

Exhibit NMC 13

## LCF Correctional Facility
## Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:**  6/2/2025          **Submit protest by: 6/9/2025**          **Destroy Date: 9/2/2025**

Addressee:          David Woodward  55044  A1-119
                    (Inmate Name) (KDOC #) (Housing Unit)

Sender: Name:          Under Lock & Key Newspaper
        Address:
        City, State, Zip

has been censored (☒ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☐ The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

  ☐ Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband as described in KAR 44-12-903.
  ☐ Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
  ☐ Contains Sexually Explicit Materials as described in KAR 22-12-313
  ☐ Contains Contraband as described in KAR 44-12-902
    ☐ Postage stamps      ☐ Stickers/Adhesive Labels      ☐ Blank Sheets of Paper/envelops
    ☐ Oversized Card      ☐ Oversized Photographs         ☐ Polaroid Photographs
    ☐ Battery in Card     ☐ Laminations/stickers          ☐ Padded/corrugated envelops
    ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
    ☐ Other Unauthorized Object:

☒ Mail that poses a threat to the safety and security of public officials or the general public [KAR 44-12-601 (d)(1)(B)].

  ☐ Addressed to a person who has filed an objection to receiving correspondence from you.
  ☒ Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐ The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐ The mail is unauthorized correspondence between offenders, including a former inmate [KAR 44-12-601 (d)(1)(D)].

  ☐ Included correspondence ( ☐ From / ☐ To) a third party.

☒ The censored material/item is:

  ☒ Being held in the facility mailroom pending disposition and/or protest instructions.
  ☐ Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal prosecution and disposition and/or protest instructions.
  ☐ Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).**

J.Crouse                                                                          6/2/2025
(Printed Name of Person Issuing Censorship Notice)      (Signature of Person Issuing Censorship Notice)      (Date)

June 24, 2025

Kansas Department of Corrections
Mail Censorship
714 SW Jackson, Ste. 300
Topeka, KS 66603

**Re: Notice of Mail Censorship**

To whom it may concern:

We are in receipt of your notice of censorship for the publication *Under Lock & Key* Issue 89 (hereafter "ULK") which was sent to one David Woodward #55044 residing at Lansing Correctional Facility. We make note here that this notice was filled out on 6/2/25 and we were not sent any notice ourselves. The notice we received was directly from Mr. Woodward, which arrived to us on 6/23/25. A copy of your notice is enclosed within.

First and foremost, we would like to remind you that it is both illegal and unconstitutional to not send us, the distributors in contact with Mr. Woodward, notice of censorship whenever you censor the materials we send to him. The unconstitutionality of this negligence has been well established by US courts over the last half century, including but not limited to cases such as *Montcalm Publishing Corporation v. Beck*, 80 F.3d 105 (4th Cir. 1996) and *Thornburgh v. Abbott*, 490 U.S. 401, 407-08 (1989) which have enshrined our right to correspond with prisoners and to be notified when this right is violated. Moreover, you are directly violating your own policies, namely KAR 44-12-601, which was put in place to protect the aforementioned right to correspondence, when you neglect to send us notice of censorship. We'll further note here that KAR 44-12-601 states explicitly that "notice of the censorship of correspondence by the facility shall be provided to the sender."

Secondly, we'd like to highlight the time limit of fifteen days to appeal censorship decisions as outlined in the enclosed notice. Given that you never notified us of the censorship in the first place (which, as mentioned above, is illegal), there is obviously no basis to uphold this time limit. Due to this, we expect you to fully consider the following appeal in accordance with your institutional policies and the law.

The listed reason for censorship is that the publication is allegedly "unauthorized correspondence with a person under the age of 18 years old." ULK is a political newspaper focusing broadly on news relevant to prisoners in the United States. There is nothing in it that could even be misconstrued as "correspondence" with an individual under 18 years of age. Given that this allegation is such an obvious and blatant lie, there is nothing to contend here. The mail room staff at LCF is obviously trying to punish Mr. Woodward for whatever personal grievances they have by violating his constitutional rights. That an institution such as yours pretends to uphold the ideal of justice while committing such illegal acts makes a mockery of the entire US judicial system.

We request the decision to withhold ULK 89 be immediately vacated and the publication be forwarded to Mr. Woodward. Failure to provide appropriate notice and adherence to your policies may result in legal action.

Please govern yourself accordingly.

Sincerely,

Tristan Pierzynski, Legal Assistant
MIM Distributors

*Dear comrade,*

*Here is a copy of the appeal we are sending your way to try and get you your rightful mail. If this attempt is unsuccessful, I highly advise you to try and find an attorney to take on your...*

*... case. Frankly, it is one of the most open-and-shut cases of censorship I've seen. Regardless, thank you dearly for your support of our struggle against the U.S. empire. Please do not hesitate to reach out to us.*

*In struggle,*
*Tristan*

LCF Correctional Facility    Exhibit 14
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:** 9/9/2025          **Submit protest by: 9/30/2025**          **Destroy Date: 12/9/2025**

Addressee:     Woodward, D          55044          A8-119
               (Inmate Name)        (KDOC #)       (Housing Unit)

Sender: Name:          TV Guide
        Address:       PO Box 37360
        City, State, Zip:  Boone, IA 50037

has been censored (☑ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☑ The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

☐ Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband as described in KAR 44-12-903.
☐ Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
☐ Contains Sexually Explicit Materials as described in KAR 22-12-313
☐ Role-Playing Material (as ordered by the Secretary & his administration).
☐ Contains Contraband as described in KAR 44-12-902
    ☐ Postage stamps      ☐ Third-Party Communication   ☐ Blank Sheets of Paper/Envelopes
    ☐ Penpal Program      ☐ Commercial Photo            ☐ Oversized Item (Card, paper, etc.)
    ☐ Map                 ☐ Lipstick/Perfume            ☐ Promotes Illegal Activity
    ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
    ☑ Other Unauthorized Object: Not ordered through new 12-127D guidelines

☑ Mail that poses a threat to the safety and security of public officials or the general public
[KAR 44-12-601 (d)(1)(B)].

☐ Addressed to a person who has filed an objection to receiving correspondence from you.
☐ Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.
☑ Unauthorized images of a person under the age of 18 years old KAR 44-12-601.

☐ The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐ The mail is unauthorized correspondence between offenders, including a former inmate
[KAR 44-12-601 (d)(1)(D)].

☐ Included correspondence ( ☐ From / ☐ To) a third party.

☑ The censored material/item is:

☑ Being held in the facility mailroom pending disposition and/or protest instructions.
☐ Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal prosecution and disposition and/or protest instructions.
☐ Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above.  <u>If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).</u>**

B. Hart                                                                                      9/9/2025
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)    (Date)

ii

Exhibit 15

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:   10/1/2025**                                    **Submit Protest By: 10/22/2025**

Addressee:       Woodward, David          2000025235       A8-119
                 (Inmate Name)            (KDOC #)         (Housing Unit)


Sender Name:     TV Weekly Magazine
Address:         213 Park DR.
City, State, Zip Troy, MI 48083

has been censored ( ☒ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☒     The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

    ☒    Per IMPP 12-127D, publications must come from an approved vendor.
    ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
    ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
    ☐    Role-Playing Material (as ordered by the Secretary & his administration).
    ☐    Contains Contraband as described in KAR 44-12-902
        ☐ Postage stamps      ☐ Third-Party Communication     ☐ Blank Sheets of Paper/Envelopes
        ☐ Penpal Program      ☐ Commercial Photo              ☐ Oversized Item (Card, paper, etc.)
        ☐ Map                 ☐ Lipstick/Perfume             ☐ Promotes Illegal Activity
        ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
        ☒ Other Unauthorized Object: Not ordered through provisions in 12-127D

☐     Mail that poses a threat to the safety and security of public officials or the general public
     [KAR 44-12-601 (d)(1)(B)].

    ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
    ☐    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.
    ☐    Unauthorized images of a person under the age of 18 years old KAR 44-12-601.

☐     The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐     The mail is unauthorized correspondence between offenders, including a former inmate
     [KAR 44-12-601 (d)(1)(D)].

    ☐    Included correspondence ( ☐ From / ☐ To) a third party.

☒     The censored material/item is:

    ☒    Being held in the facility mailroom pending disposition and/or protest instructions.
    ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
        criminal prosecution and disposition and/or protest instructions.
    ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

C. Kincaid                                                                              10/1/2025
(Printed Name of Person Issuing Censorship Notice)    (Signature of Person Issuing Censorship Notice)    (Date)

Exhibit 16

LCF Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

**Date of Notice:** 10/1/2025                                            **Submit Protest By: 10/22/2025**

Addressee:         Woodward, David          2000025235         A8-119
                   (Inmate Name)            (KDOC #)           (Housing Unit)


Sender Name:    TV Weekly Magazine
Address:        213 Park DR.
City, State, Zip    Troy, MI 48083

has been censored (☒ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☒    The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

      ☒    Per IMPP 12-127D, publications must come from an approved vendor.
      ☐    Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
      ☐    Contains Sexually Explicit Materials as described in KAR 22-12-313
      ☐    Role-Playing Material (as ordered by the Secretary & his administration).
      ☐    Contains Contraband as described in KAR 44-12-902

          ☐ Postage stamps    ☐ Third-Party Communication    ☐ Blank Sheets of Paper/Envelopes
          ☐ Penpal Program    ☐ Commercial Photo    ☐ Oversized Item (Card, paper, etc.)
          ☐ Map    ☐ Lipstick/Perfume    ☐ Promotes Illegal Activity
          ☐ Publication not received from vendor and over one ounce rule (KAR 44-12-601). Weight ___oz.
          ☒ Other Unauthorized Object: <mark>Not ordered through provisions in 12-127D</mark>

☐    Mail that poses a threat to the safety and security of public officials or the general public
    [KAR 44-12-601 (d)(1)(B)].

      ☐    Addressed to a person who has filed an objection to receiving correspondence from you.
      ☐    Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.
      ☐    Unauthorized images of a person under the age of 18 years old KAR 44-12-601.

☐    The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐    The mail is unauthorized correspondence between offenders, including a former inmate
    [KAR 44-12-601 (d)(1)(D)].

      ☐    Included correspondence ( ☐ From / ☐ To) a third party.

☒    The censored material/item is:

      ☒    Being held in the facility mailroom pending disposition and/or protest instructions.
      ☐    Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or
          criminal prosecution and disposition and/or protest instructions.
      ☐    Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side
of this notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown
above.  If a protest is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of
Contraband).**

**C. Kincaid**                                                              10/1/2025
(Printed Name of Person Issuing Censorship Notice)        (Signature of Person Issuing Censorship Notice)        (Date)



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

*Exhibit of Letter*

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

May 13, 2025

TO:   0055044 Woodward, David

       Lansing Correctional Facility

RE:   Censor of magazines/publications

I received your censor stating you wish to continue receiving magazines/publications you have received for years while in our custody. On April 2, 2025, you received a DR, in short, for making and possessing child pornography. You argued it wasn't real acts or real persons engaging in pornographic situations.

Because you are managed as a sex offender, and have no overrides, you do not get to possess images of children. Your action of creating these disturbing images, has further caused us to counsel with the agency's Sex Offender Specialist to assess the lack of positive progress and the remedial actions that should be taken. It was determined, due to your abusive use of the material, your ability to possess magazines/publications will be censored accordingly. Any item determined to contain information regarding children or images of children will be censored.

Sincerely,

Darcie Holthaus CMII
Facility Management

cc:   Correspondence
      Warden Howes
      w/attachments

COPY

9/CR 792
FILED

APP. DOCKET NO. 94

APR 3  4 05 PM '92

CLERK OF   DISTRICT COURT
18TH JUDICIAL DISTRICT
SEDGWICK    KANSAS
BY _____ CW

acf
KIM T. PARKER, 11203
Assistant District Attorney
Sedgwick County Courthouse
Wichita, Kansas  67203
(316) 383-7281

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CRIMINAL DEPARTMENT

THE STATE OF KANSAS,        )
                    Plaintiff, )
                             )   Case No. 91CR792
    vs.                      )
                             )
                             )
DAVID L. WOODWARD,           )
                    Defendant. )   Division No. 20
_____)

**JOURNAL ENTRY OF SENTENCING**

On this 17th day of January, 1992, this case comes on for sentencing before The Honorable Clark V. Owens, II, Judge of the District Court; the defendant having heretofore been returned from the Larned State Security Hospital.  The State of Kansas appears by its attorney, Kim T. Parker, Assistant District Attorney.  The defendant appears in person and by his attorney, Melissa Day, Assistant Public Defender.

The Court inquires of the defendant if he has any legal cause to show why judgment of sentence should not be pronounced against him; the defendant failing to show any such cause and none appearing, there being none, the Court then proceeds to pronounce judgment of sentence against the defendant, being advised of the

Pre-Sentence Investigative Report prepared by the Larned State Security Hospital.

IT IS THE SENTENCE OF THIS COURT AND IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED AND DECREED that the defendant is hereby committed to the custody of the Secretary of Corrections for imprisonment for a period of not less than fifteen (15) years to Life on the charge of Kidnapping, Count One, contrary to K.S.A. 21-3420, and in accordance with K.S.A. 21-4501(b); for a period of not less than one (1) year nor more than five (5) years on each charge of Sexual Exploitation of a Child, Counts Four and Five, contrary to K.S.A. 21-3516, and in accordance with K.S.A. 21-4501(e); for a period of not less than fifteen (15) years to Life on the charge of Rape, Count Seven, contrary to K.S.A. 21-3502, and in accordance with K.S.A. 21-4501(b); for a period of not less than five (5) years nor more than twenty (20) years on the charge of Indecent Liberties With a Child, Count Nine, contrary to K.S.A. 21-3503(c), and in accordance with K.S.A. 21-4501(c); and for a period of Life on the charge of Felony Murder, Count Ten, contrary to K.S.A. 21-3401(b), and in accordance with K.S.A. 21-4501(a). The sentence imposed in Counts Four and Five shall run concurrent with each other. Count One shall run consecutive to Counts Four and Five. Counts Seven and Nine shall run concurrent with each other, but consecutive to Counts One, Four, and Five. Count Ten shall run consecutive to all the other counts. The defendant shall pay the costs of this action to the Clerk of this Court, including witness fees and miscellaneous expenses.

IT IS FURTHER ORDERED that the Clerk of this Court deliver two (2) certified copies of this judgment and commitment to the Sheriff of Sedgwick County, Kansas, or one of his duly authorized deputies. It is further ordered that such certified copies serve as the commitment of the defendant and said Sheriff or authorized deputy is ordered to transport the defendant to the custody of the Secretary of Corrections for imprisonment, and make due return thereof.

IT IS FURTHER ORDERED that for the purpose of computing defendant's sentence, his parole eligibility and conditional release dates thereunder, that such sentence shall be computed from: May 26, 1991.

IT IS SO ORDERED.

_____
CLARK V. OWENS, II, JUDGE

APPROVED BY:

_____
KIM T. PARKER, 11203
Assistant District Attorney


_____
MELISSA DAY
Attorney for Defendant

# Affidavit of David L. Woodward

I, David L. Woodward, being of legal age do make known the following facts in regards to the May 13, 2025, correspondence to me from Darcie Holthaus CMII.

In this correspondence, in the second paragraph she states: "Because you are managed as a 'sex offender', and have no overrides, you do not get to possess images of children."

I take exception to this. In April of 1992, I came into the custody of the Secretary of Corrections of Kansas via a Journal Entry of Sentencing issued by the Sedgwick County District Court, Wichita, Kansas. It did not contain any sanctions, or restrictions on the conditions of my incarceration in the Kansas Department of Corrections.

The first facility I was held at was ElDorado Corr. Facility (EDCF). This was beginning in 1992. I was allowed contact visitation with my two minor children ages 10 and 16. I was allowed photos of them. I was allowed photos of my 6 year old niece. I was allowed phone conversations with them. Also my 3-4 year old granddaughter.

I was allowed to subscribe to magazines like National Geographic which often contained semi-nude photos of children. I was allowed to subscribe to other magazines containing photos of children and families with children included. Even had subscriptions to Playboy, Esquire and Hustler magazines

At that time no "overrides" were required, no restrictions on contact with children, no sanctions on magazines.

The first issues on sanctions did not commence until around 2014, when suddenly I was classified as a "sex offender" and some books I ordered were not allowed for me to have.

Photos of my children, niece and grandchild were required for me to send home. I grieved all this and protested the imposition of these sanctions.

However, I was still able to have the National Geographic and other magazines with children pictured in them delivered to me.

I was incarcerated for nearly 22 years before the classification of "sex offender" became an issue. It wasn't until April 1st, 2025, that now any magazine or publication that has persons under 18 years old pictured in them is prohibited. Not prior to this was this imposed.

There is also the matter of freedom of speech. Up until 2025, I was able to write stories of fiction which contained material which could be termed "sexually explicit" without being interfered with. I was able to mail those stories out for possible publication.

My writing also included poetry which has been published in a book of poetry which was submitted by my mother-in-law. I have written commentaries on subjects of politics, religion, philosophy and world affairs. Being incarcerated I have many idle hours to fill.

I strongly object to not being able to write any story I desire under the 1st amendment guarantee of freedom of speech and expression, including sexually explicit material.

Page 2 of 3

I have appealed to the federal courts to try and assert my 1ST and 14th amendment rights to free speech and ability to have my writing sent outside the prison walls without government interference. The federal court refused to consider my claim of interference of my rights under the United States Constitution in favor of the regulations of the Kansas Department of Corrections preventing the rights established under the 1ST amendment being utilized. Even in spite of the United States Supreme Court's mandate that no "regulation" is stronger than the Constitution of our Nation.

Under the rule of law of "ex post facto", no rule or regulation imposed after what was allowed me prior to it's implementation should now be used to prevent me from what I was allowed before it's enactment.

The court of law that sentenced me imposed no such restrictions, regulations or sanctions I am encountering now. None of these were a condition of my punishment because the court could not order the Kansas Department of Corrections to violate the Constitution of the United States or it's amendments which are the supreme law of the land. A court is required to both secure those rights and assure citizens are not denied them even by government agencies.

I do hereby swear and affirm under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed this 27th day of November, 2025

David L. Moorhead

www.daisypaper.com

Page 3 of 3