# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID L. WOODWARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 25-3110-JWB-RES |
| | ) |
| **JEFF ZMUDA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

<u>Jesse Howes</u>
Printed name of party who waives service

<u>                    </u>
Printed name of party who waives service

<u>Darcie Holthaus</u>
Printed name of party who waives service

<u>                    </u>
Printed name of party who waives service

<u>Leslie West</u>
Printed name of party who waives service

<u>                    </u>
Printed name of party who waives service

<u>Jennifer Crouse</u>
Printed name of party who waives service

<u>                    </u>
Printed name of party who waives service

<u>Rachel Wedel</u>
Printed name of party who waives service

<u>                    </u>
Printed name of party who waives service

<u>Brittany Hart</u>
Printed name of party who waives service

<u>                    </u>
Printed name of party who waives service

<u>Christina Kincaid</u>
Printed name of party who waives service

<u>                    </u>
Printed name of party who waives service

## Non-KDOC Defendants

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

| | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |

## Concluding Remarks

Pursuant to the Court's order on December 15, 2025 (Doc. 43), the KDOC Defendants have sixty days after the filing of this waiver to file an answer or other responsive pleading.

| January 14, 2026 | /s/ Davida L. Ogletree |
|---|---|
| Date | Signature of Assistant Attorney General |