## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID L. WOODWARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 25-3110-JWB-RES** |
| ) | |
| **JEFF ZMUDA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendants' Jesse Howes, Darcie Holthaus, Leslie West, Jennifer Crouse, R. Wedel, B. Hart, and C. Kincaid, should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein.  This is the first request for an extension by these Defendants.  Defendants' answer or other responsive pleading is originally due March 16, 2026.  The time to answer has not expired.  Defendants' answer or other responsive pleading is now due on or before March 30, 2026.

Dated this 27th day of February, 2026.

Clerk of the United States District Court
for the District of Kansas

By: _____ s/ L. Becerra – Deputy Clerk
Deputy Clerk

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/Davida L. Ogletree*
Davida L. Ogletree KS Sup Ct. No. 31004
Assistant Attorney General
Matthew L. Shoger, KS Sup Ct. No. 28151
Assistant Attorney General
Civil Division-Defensive Litigation Unit
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 291-3767
Email: Davida.Ogletree@ag.ks.gov
Email: Matt.Shoger@ag.ks.gov
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notice of electronic filing to the following:

Victoria L. Waters
Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Victoria.Waters@ks.gov
Natasha.Carter@ks.gov
*Attorneys for Kansas Department of Corrections, Interested Party*

I also certify that a copy was sent to Plaintiff *pro se* by ordinary mail addressed to:

David L. Woodward #2000025235
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043-0002

*/s/ Davida L. Ogletree*
Davida L. Ogletree
Assistant Attorney General