IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID L. WOODWARD
        Plaintiff

vs.

JEFF ZMUDA, JESSE HOWES,

DARCIE HOLTHAUS, LESLIE WEST,

J. CROUSE, B. HART, R. WEDEL

C. KINCAID - Defendants

Case No 25 cv-3110-JWB-LES

JUDICIAL NOTICE

COMES NOW David L. Woodward, plaintiff pro se in the above captioned matter to advise the court of further information which pertains to this matter and plaintiff's Motion For Emergency Injunctive Relief he submitted to staff at Lansing Correctional Facility, (LCF) receipted for on May 18th, 2026, to be efiled to the court.

Plaintiff never received confirmation that Motion ever reached the Law Library for filing nor did he ever receive his copy of the Motion back.

The Motion was asking the court to order LCF to return his legal material after it was removed from his

1

cell on May 13th, 2026. Included in this material was his entire case file on this matter and also on case no. 25cv 3252JWL currently in this court. Plaintiff cited retaliation as a primary cause for removal of his property, prehearing for a Disciplinary Matter, without due process. As of Dec. 26, 2026, plaintiff remains in isolated segregation status still without the case file on this complaint currently in the court.

Defendants have filed a Motion For Summary Judgment and/or Dismissal which plaintiff need to submit his reply to and in opposition to. Without his complete case file in this matter, it is impossible to do so.

Defendants have continually made reference to plaintiff's disciplinary history of "Sexually explicit material". Previously undisclosed unknown information was recently made available from the U.S.A.F. The information dates back to Aug. 22, 1961, when plaintiff was 18 years old. This information could have a direct bearing on plaintiff's behavior and it's cause. In summary, a Capt. Louis G. Nuernberger, an U.S. AF Psychiatrist in a certificate, diagnosed plaintiff as having a severe schizoid personality accompanied by intense anxiety under minor stress which would include a break from reality. A prolonged exposure to this anxiety could produce a serious condition and illness of which I am markedly predisposed to such illness.

In the 34 years since first incarcerated as a ward

2.

of the state with K.D.O.C. in 1992, I have never received treatment for this condition, nor housed in a less stressful environment to prevent the increase in schizoid paranoia and intense stress of a general population environment in a prison setting. Acute auditory hallucinations have increased and have contributed to the "sexually explicit material" referred to by defendants.

On May 21st, 2026, plaintiff finally received some mental health medication to curb or hopefully counter the voice situation. This does not excuse the neglect, incompetence and indifference to plaintiff's mental condition all throughout the first 34 years and how he has been housed as an abnormal "sex offender". The schizoid condition could also have contributed to this as well.

The Psychiatrist report is available, but plaintiff only has one copy in his possession. Seeing as the Motion For Emergency Injunctive Relief seems to have "disappeared", plaintiff hesitates risking the loss of the report as well.

In closing, until plaintiff has the return of his entire complete case file, he is unable to respond to Defendants Motion For Summary Judgment.

Therefore, plaintiff asks the court again to order the release of his entire legal material and any other relief it deems necessary to assure fairness in this matter and in the interest of justice and efficiency.

3.

Plaintiff declares under the penalty of perjury that the foregoing is true and correct to the best of his knowledge. Dated this 23rd day of May, 2026

Respectfully Submitted

David L. Woodward

Certificat of Service

I, David L. Woodward, do hereby certify that I gave this Judicial Notice, on case 25 cv 3110-JWB-LES, to staff of Lansing Correctional Facility on May 26, 2026, (due to May 25th being a holiday) to be delivered to the Law Library to be efiled to the Clerk, U.S. District Court for Kansas.

David L. Woodward 2000025235
P.O. Box 2
Lansing, KS 66043

4.